UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21914-CIV-SCOLA

CHARLENE MAJOR

    Plaintiff,
v.

CARNIVAL CORPORATION

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF TRIAL CONFLICT

PLEASE TAKE NOTICE that the Plaintiff's attorney, **TONYA J. MEISTER**, has a trial conflict in two other matters. She is also set for Trial during the July 22, 2019 two-week trial period in the matters of:

Erwin J. Menesses, Jr., v. NCL (BAHAMAS) LTD. a Bermuda Company d/b/a
NORWEGIAN CRUISE LINE
Case No.: 18-CV-23670-KMM

*and*

Edward Reilly v. NCL (BAHAMAS) LTD. a Bermuda Company d/b/a NORWEGIAN
CRUISE LINE
Case No.: 18-CV-23795-FAM

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some electronically Notices of Electronic Filing.

    By s/TonyaJMeister
    TONYA J. MEISTER
    FLORIDA BAR NO.: 0629243

## SERVICE LIST

### CHARLENE MAJOR v. CHARLENE MAJOR

### CASE NO. 18-21914-CIV-SCOLA

### United States District Court Southern District of Florida

Curtis J. Mase, Esq.
cmase@maselaw.com
Victor J. Pelaez, Esq.
vpelaez@maselaw.com
MASE MEBANE & BRIGGS, P.A.
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080
Attorneys for Carnival