UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21914-CIV-SCOLA

CHARLENE MAJOR,

    Plaintiff,

vs.

CARNIVAL CORPORATION

    Defendant.
_____/

## PLAINTIFF'S EXPERT WITNESS DISCLOSURE

The Plaintiff, CHARLENE MAJOR, by and through undersigned counsel, and pursuant to the Court's Scheduling Order and Order of Referral to Mediation D.E. 10 and applicable Rules of Civil Procedure, hereby discloses its expert witnesses as follows:

1. **Darlene M. Carruthers (Vocational Rehabilitation and Life Care Planning Expert)**
   **Comprehensive Rehabilitation Consultants, Inc.**
   **10250 SW 56th Street, Suite D-203**
   **Miami, Florida 33165**

Darlene M. Carruthers is a vocational rehabilitation and life care planning expert. Ms. Carruthers will testify regarding the vocational limitations, including lost wages and lost earning potential, suffered by Plaintiff as a result of the injuries she suffered in the subject incident, and the cost and need for medical and psychological care, as well as attendant, manual, and equipment assistance to meet her functional needs, including other life care planning needs. In addition to her individual training, knowledge, education, and experience in her field, Ms. Carruthers will base her opinions on her review of the case materials, including deposition testimony, discovery responses, medical records, employment records, photographs, any and all exhibits, and documents produced by the parties and witnesses in this case. Ms. Carruthers will also testify based on an evaluation of and discussions with Plaintiff, as well as input from medical providers/medical experts. She may also testify about her review of Plaintiff's medical and psychological records. Ms. Carruthers will base her opinions on her education, experience, training, knowledge, interview of Plaintiff, and review of records, documents and things. A copy of Mr. Carruthers's report, CV, case list, and payments made to her are attached as composite Exhibit "A". Discovery continues.

1

2. **David Richard Williams, Ph.D. (Economics Expert)**
   **11601 S.W. 61 Court**
   **Miami, Florida 33156**

Dr. Williams is an economics expert. Dr. Williams is expected to testify regarding the economic losses suffered and to be suffered by Plaintiff as the result of her injuries. This will include lost wages, benefits and lost earning potential and savings, the cost of past and treatment, medication, attendant and medical care, and assistance to meet her functional needs related to this accident. In addition to his individual training, knowledge, education, and experience in his field, Dr. Williams may base his opinions on his review of the case materials, including deposition testimony, discovery responses, medical records, employment records, social security/tax records, any and all exhibits, and documents produced by the parties and witnesses in this case. Additionally, Dr. Williams will base his analysis on Ms. Carruthers' report. Dr. Williams will base his opinions on his education, experience, training, knowledge, and review of records, documents and things. A copy of Dr. Williams's report, CV, case list, and invoice for work are attached as composite Exhibit "B". Discovery continues.

3. **Edward Vander Clute (Treating Psychotherapist/Non-Retained Expert)**
   **Kaiser Permanente**
   **4131 Geary Blvd.**
   **San Francisco, CA 94118**

Edward Vander Clute is a License Clinical Social Worker and psychotherapist. Mr. Vander Clute provided Plaintiff with psychotherapy. He is expected to testify about Plaintiff's injuries from the subject incident, his examinations of Plaintiff, and his psychotherapy and treatment of Plaintiff. It is anticipated that he will testify about Plaintiff's psychological condition, need for future treatment, disability, restrictions, and future psychological care, as well as diagnoses and prognosis. He is expected to testify about the cause of Plaintiff's injuries resulting from the subject incident. A copy of his deposition transcript and invoice for testimony is attached as composite Exhibit "C". Discovery continues.

4. **Kester Nedd (Neurology and Psychiatry Expert)**
   **Design Neuroscience Center**
   **8875 NW 23rd Street**
   **Doral, Florida 33172**

Dr. Nedd is a neurology and psychiatry expert who is expected to testify with regard to his evaluation of the Plaintiff. He is expected to testify with regard to Plaintiff's injuries, including psychological, cognitive and emotional injuries as a result of the subject incident and the permanency and lasting effects thereof. Further, he is expected to testify as to the effects that the injuries and disabilities have had and will have on the rest of the life of the Plaintiff and her working ability as well as her limitations/restrictions. Dr. Nedd is expected to testify as to the cause of the Plaintiff's injuries, including psychological, cognitive and emotional disabilities, as well as diagnoses and prognosis. Further, Dr. Nedd is expected to testify as to the reasonableness of and summarize the Plaintiff's medical and psychological care, as well as the need and costs of future psychological care,

medical care and medications. He will also testify about his review of Plaintiff's medical records from other health care providers. It is anticipated that Dr. Nedd will testify with respect to the following: permanent injury to the Plaintiff; causation of injury to the Plaintiff; pain and suffering of the Plaintiff; mechanism of injury; the interpretation of the x-rays, MRIs, CT scans and other diagnostic studies; the care and treatment rendered to the Plaintiff, and the reasonableness of that care and treatment because of her injuries; diagnosis; prognosis; disabilities and disability ratings; past medical expenses; present value of future medical expenses; the reasonableness and necessity of the medical expenses (past and future); and relationship of the injuries, disabilities, medical expenses, physical condition, and psychological condition to the subject incident. He will base his opinions on his education, experience, training, knowledge, evaluation of Plaintiff, and review of records, documents and things. A copy of Dr. Nedd's report, CV, case list, fee schedule, and retainer invoice are attached as composite Exhibit "D".

5. **Russell Kolins (Security and Safety/Liability Expert)**
   **Kolins Security Group**
   **1528  Walnut Street, Suite 1902**
   **Philadelphia, PA 19102**

Russell Kolins is a Security Consultant. Mr. Kolins is expected to testify with regards to the subject incident and Defendant's liability for the subject incident. He is expected to testify about the failures on the part of Defendant which caused and/or contributed to the subject incident. It is anticipated that Mr. Kolins will testify Defendant did not follow reasonable and acceptable security standards, and the injuries to Plaintiff were foreseeable and preventable. It is anticipated that Mr. Kolins will testify that Defendant overserved alcohol to Timothy Stordahl and Elaine Barrera. In addition to his individual training, knowledge, education, and experience in his field, Mr. Kolins may base his opinions on his review of the case materials, including deposition testimony, discovery responses, photographs, medical records, any and all exhibits, and documents produced by the parties and witnesses in this case. Mr. Kolins will base his opinions on his education, experience, training, knowledge, and review of records, documents and things. A copy of Mr. Kolins's report, CV, profile, case list, fee structure and payments made to him are as composite Exhibit "E". Discovery continues.

6. **Sally Lynn Kolitz Russell, Ph.D. (Neuropsychology Expert)**
   **Clinical and Neuropsychology | Adults and Children**
   **Russell & Kolitz, LC**
   **9350 South Dixie Highway, Suite 1260**
   **Miami FL 33156-2945**

Dr. Kolitz Russell is a Licensed Psychologist expert who is expected to testify with regard to her neuropsychological evaluation and testing of the Plaintiff. Dr. Kolitz Russell is expected to testify with regard to Plaintiff's injuries, including psychological, cognitive and emotional injuries as a result of the subject incident and the permanency and lasting effects thereof. Further, she is expected to testify as to the effects that the injuries and disabilities have had and will have on the rest of the life of the Plaintiff and her working ability as well as her limitations/restrictions. Dr. Kolitz Russell is expected to testify as to the cause of the Plaintiff's injuries, including psychological, cognitive and emotional

disabilities, as well as diagnoses and prognosis. Further, Dr. Kolitz Russell is expected to testify as to the reasonableness of and summarize the Plaintiff's medical and psychological care, as well as the need and costs of future psychological care, medical care and medications. She will also testify about her review of Plaintiff's medical and psychological records from her other health care providers. It is anticipated that Dr. Kolitz Russell will testify with respect to the following: permanent injury to the Plaintiff; causation of injury to the Plaintiff; pain and suffering of the Plaintiff; intellectual, executive, language, motor, memory, sensory and emotional functions; the interpretation and explanation of neuropsychological and psychological testing performed on Plaintiff; the care and treatment rendered to the Plaintiff, and the reasonableness of that care and treatment because of her injuries; diagnosis; prognosis; disabilities and disability ratings; past psychological expenses; present value of future psychological and medical expenses; present value of future psychological treatment; the reasonableness and necessity of psychological treatment in the past and in the future; the reasonableness and necessity of the psychological and medical expenses (past and future); and relationship of the injuries, disabilities, medical expenses, psychological treatment, psychological condition, and physical condition to the subject incident. She will base her opinions on her education, experience, training, knowledge, evaluation of Plaintiff, and review of records, documents and things. A copy of Dr. Kolitz Russel's report, addendum, CV, case list, fee schedule and payments made to her are attached as composite Exhibit "F". Discovery continues

*Plaintiff reserves the right to amend and supplement this Expert Witness List, as discovery is incomplete due to Defendant's failure to timely provide a corporative representative with knowledge of the areas of inquiry for deposition and failure to provide all of the paper discovery responses per the parties' agreement and the Magistrate Judge's ruling. A discovery hearing is scheduled.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some electronically Notices of Electronic Filing.

BY: s/TonyaJMeister<br>
TONYA J. MEISTER<br>
FLORIDA BAR NO.: 0629243

## SERVICE LIST

## CHARLENE MAJOR v. CARNIVAL CORPORATION

## CASE NO.: 18-21914-CIV-SCOLA

## United States District Court Southern District of Florida

Tonya J. Meister, Esq.
**MEISTER LAW, LLC**
Courthouse Tower, Suite 75
44 West Flagler Street
Miami, FL 33130
TEL: (305) 590-5570
FAX: (305) 675-3787
E-MAIL: TonyaJMeister@aol.com
*Attorney for Plaintiff*

Christopher M. Drury, Esq.
**DIMOND KAPLAN & ROTHSTEIN, P.A.**
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
TEL: (305) 374-1920
EMAIL: cdrury@dkrpa.com
*Attorney for Plaintiff*

Victor J. Pelaez, Esq.
**MASE MEBANE & BRIGGS, P.A.**
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Tel: (305) 377-3770
Fax: (305) 377-0080
Email: vpelaez@maselaw.com
*Attorneys for Defendant*