UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21914-CIV-SCOLA/TORRES

CHARLENE MAJOR,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

**ORDER ON DISCOVERY HEARING**

    This matter was before the Court at a discovery hearing conducted March 28, 2019. The Court announced its rulings on pending matters during the hearing which fully set forth the reasoning and bases for the Court's Orders. This Order is intended to memorialize those rulings on the docket. Based upon review of the entire record, it is hereby ORDERED AND ADJUDGED as follows:

1. This Court finds Defendant untimely produced CCTV footage/surveillance video of the subject incident, long after it knew or should have known that the video existed. Defendant's untimely production materially prejudiced Plaintiff. Moreover, Carnival made direct representations to the Court at the January 14, 2019 discovery hearing that no such video existed. Consequently, the Court finds that appropriate relief is required under Fed. R. Civ. P. 37. The Court strikes the CCTV footage/surveillance video. The Defendant shall be precluded from using the CCTV footage/surveillance video

at trial, and none of its witnesses shall reference or rely upon it.  Plaintiff has elected not to rely on the CCTV footage/surveillance video and such election also binds Plaintiff for the remainder of the case.

2. Defendant shall produce the charge receipts for all alcohol purchases of assailants Timothy Stordahl and Elaine Barrera during other cruises within 10 days from the date of the hearing.

3. Defendant shall produce a corporate representative(s) for deposition with knowledge on all of the remaining areas of inquiry (except the CCTV video/surveillance) on April 12, 2019.  Defendant has the option of designating the previously taken deposition of the casino manager Jennifer Gianan for its corporate representative on the casino area.

4. Defendant shall produce any prior verbal altercations in the casino areas on the subject ship and the vessels in the class of the subject ship for the time period of three (3) years prior to the subject incident within 10 days from the date of the hearing.  Defendant shall provide verified answers regarding both verbal and physical altercations.

5. The parties can provide supplemental expert reports based on the additional discovery referenced above on or before April 26, 2019.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of April, 2019.

EDWIN G. TORRES
United States Magistrate Judge