UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21914-CIV-SCOLA

CHARLENE MAJOR,

     Plaintiff,

v.

CARNIVAL CORPORATION,

     Defendant.

_____/

## **DEFENDANT'S EXPERT WITNESS DISCLOSURES**

Defendant, CARNIVAL CORPORATION, in accordance with Fed. R. Civ. P. 26(a)(2),

serves its Expert Witness Disclosures and states as follows:

1.  Kenneth C. Fischer, M.D.
    Kenneth C. Fischer, M.D., P.A.
    North Shore Medical Arts Building
    1190 NW 95th Street, Suite 402
    Miami, FL 33150

    Dr. Fischer is neurologist who performed a medical examination of the Plaintiff. His testimony will be based on the medical examination, his background, training, and experience as a neurologist, the ship's medical records, Plaintiff's medical records, pleadings, discovery, and any depositions taken in this matter. In addition, he may offer opinions based on additional medical records, other discovery exchanged by the Parties, and pending deposition testimony. Dr. Fischer may provide rebuttal expert opinions concerning the opinions rendered by Plaintiff's expert(s). Attached as Exhibit "A" is Dr. Fischer's expert report, curriculum vitae, fee schedule, and testimonial history.

2.  Dr. Richard Hamilton
    11140 Snapper Creek Rd.
    Coral Gables, FL  33156

    Dr. Hamilton is a clinical neuropsychologist who performed a psychological examination of the Plaintiff. It is expected that he will testify about Plaintiff's past, present, and future emotional/psychological and brain condition(s)/injury(ies) as well as about any causation issues related to the subject incident of this lawsuit. Further, Dr. Hamilton may testify as to Plaintiff's pre-morbid and post-morbid levels of cognitive and emotional functioning

CASE NO.: 18-21914-CIV-SCOLA

and whether Plaintiff's claims of physical, emotional, and/or psychological injuries are preexisting and/or continuing in nature. Dr. Hamilton will provide rebuttal expert opinions concerning opinions rendered by Plaintiff's expert(s). His opinion may be based upon the pleadings and discovery in this litigation, medical examinations performed on the Plaintiff, which may include the results of testing concerning Plaintiff's psychological condition(s), and/or a review of her medical records. Dr. Hamilton may provide rebuttal expert opinions concerning opinions rendered by Plaintiff's expert(s). In addition, Dr. Hamilton's opinions will be based upon his skill, training, and expertise in neuropsychology and will be rendered within a degree of medical certainty.  Attached as Exhibit "B" is Dr. Hamilton's curriculum vitae, fee schedule, and testimonial history. Dr. Hamilton's report will be served in compliance with the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(D)(ii).

Defendant reserves the right to amend this Expert Witness Disclosure and to add additional rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2)(D)(ii).

Respectfully submitted,

MASE MEBANE & BRIGGS, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida  33133
Telephone:  (305) 377-3770
Facsimile:  (305) 377-0080

By:___*/s/ Victor J. Pelaez*_____
        VICTOR J. PELAEZ
        Florida Bar No. 78359
        vpelaez@maselaw.com
        ctoth@maselaw.com
        Filing@maselaw.com

## CERTIFICATE OF SERVICE

I certify that on March 8, 2019, I served the foregoing document by e-mail to all counsel of record or *pro se* parties identified on the Service List below.

By: __*/s/ Victor J. Pelaez*_____
        VICTOR J. PELAEZ

CASE NO.: 18-21914-CIV-SCOLA

## SERVICE LIST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-21914-Civ-Scola

*Major v. Carnival Corp.*

Tonya J. Meister
tonyajmeister@aol.com
MEISTER LAW, LLC
44 West Flagler Street, Suite 750
Miami, Florida 33130
Telephone: (305) 590-5570
Facsimile: (305) 675-3787
*Attorney for Plaintiff*

Christopher M. Drury
cdrury@dkrpa.com
DIMOND KAPLAN & ROTHSTEIN, P.A.
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone: (305) 374-1920
Facsimile: (305) 374-1961
*Attorney for Plaintiff*

Curtis J. Mase
cmase@maselaw.com
Victor J. Pelaez
vpelaez@maselaw.com
MASE MEBANE & BRIGGS, P.A.
2601 South Bayshore Drive, Suite 800
Miami, Florida  33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080
*Attorneys for Carnival*

19423/#417

# Exhibit A

# KENNETH C. FISCHER, M.D.

## CASE LIST FOR DEPOSITIONS AND TRIALS 2015

| PATIENT | TYPE | JURISDICTION | ROLE | YEAR | DATE | ATTORNEY |
|---|---|---|---|---|---|---|
| Javier Pita | Plaintiff Personal Injury | Federal Court Miami, Dade County, Florida | Trial | 2015 | Jan. | Barzee & Flores (305) 374- 3988 |
| Myles Reid | Plaintiff Personal Injury | Upper Marlboro, Prince George's County, Maryland | Depo | 2015 | Feb. | Wais, Vogelstein & Forman, LLC (410) 998-3600 |
| Vincent Collette | Plaintiff Medical Malpractice | Wilmington, New Hanover County, North Carolina | Depo | 2015 | Feb. | Butler Daniel & Assoc., PLLC (877) 346-9186 |
| David Watson | Plaintiff Medical Malpractice | Belleville, St. Claire County, Illinois | Depo | 2015 | Feb. | Cook, Ysura & Bartholomew Brauer & Shevlin, Ltd. (618) 235-3500 |
| Carolyn Norton | Plaintiff Medical Malpractice | Austin, Travis County, Texas | Depo | 2015 | Feb. | The Phifer Law Firm (713) 517-2500 |
| James Spencer | Defendant Motor Vehicle Accident | Palm Beach, Palm Beach County, Florida | Depo | 2015 | March | Luks, Santaniello, Petrillo, Gold & Jones (561) 893-9088 |
| Kenneth Narine | Plaintiff Maritime | Miami, Dade County, Florida | Depo | 2015 | April | Sotolongo & Gander, P.A. (305) 476-7489 |
| Claudette Mortiere | Plaintiff Medical Malpractice | Detroit, Wayne County, Michigan | Depo | 2015 | April | Blum & Associates (248) 552-8500 |
| Shatyea Wilson | Plaintiff Medical Malpractice | Cleveland, Cuyagoga County, Ohio | Depo | 2015 | April | Nuremberg, Paris, Heller & McCarthy (216) 621-2300 |
| James Edge | EMA Worker's Compensation | Orlando, Orange County, Florida | Depo | 2015 | April | Gregory D. White, Attorney (407) 571-7400 |

| PATIENT | TYPE | JURISDICTION | ROLE | YEAR | DATE | ATTORNEY |
|---------|------|--------------|------|------|------|----------|
| Jorge Sanchez | Plaintiff Medical Malpractice | Miami, Dade County, Florida | Depo | 2015 | April | Stok, Folk & Kon (305) 935-4440 |
| Santos Caabrera | Defense Worker's Compensation | Miami, Dade County, Florida | Depo | 2015 | April | Walton, Lantaff, Schroeder & Carson, LLP (305) 671-1353 |
| Jose Gonzalez Farina | Defense Worker's Compensation | Miami, Dade County, Florida | Depo | 2015 | April | Vernis & Bowling of Miami,  P.A. (305) 895-3035 |
| Monica Trickey | Plaintiff Medical Negligence | Key  West Monroe County, Florida | Depo | 2015 | May | Friedman & Friedman, P.A. (305) 446-6485 |
| Jennifer Greaves | Plaintiff Medical Malpractice | Beaufort County, South Carolina | Depo | 2015 | May | Furr & Henshaw (843)626-7621 |
| Robert Coyle | Plaintiff Medical Negligence | Collier county, Florida | Depo | 2015 | May | Gold & Gold, P.A. (561) 416-2882 |
| Rita Baker | Plaintiff Medical Negligence | McClean County, Illinois | Depo | 2015 | June | Brauer & Shevlin, Ltd. (618) 235-3500 |
| Jackie Hernandez | Plaintiff Personal Injury | Miami Dade County, Florida | Depo | 2015 | June | IAS (305) 372-0010 |
| Kevin Winn | Plaintiff Medical Negligence | Wichita County, Kansas | Depo | 2015 | June | Warner Law Offices (800) 815-5297 |
| Michael Kroll | Plaintiff Medical Malpractice | Douglas County, Nebraska | Depo | 2015 | July | Sibbernsen & Strigenz, P.C. (401) 493-7221 |
| Rolando Lizano | Plaintiff Medical Malpractice | Miami Dade County, Florida | Depo | 2015 | July | Gamba & Lombana, P.A. (305) 448-4010 |
| Arthur Bond | Plaintiff Medical Negligence | Palm Beach County, Florida | Depo | 2015 | July | Foley & Mansfield, PLLP (305) 438-9899 |
| John Sabolich | Plaintiff Medical Negligence | Cuyahoga County, Ohio | Depo | 2015 | August | Skolnick Weiser Law Firm (216) 861-8888 |
| Mercedes Braithwaite | Defense Motor Vehicle Accident | Miami Dade County, Florida | Trial | 2015 | August | Ayenn C. Stark Associates (305) 416-2200 |

| PATIENT | TYPE | JURISDICTION | ROLE | YEAR | DATE | ATTORNEY |
|---------|------|--------------|------|------|------|----------|
| Peter Dicks, M.D. | Plaintiff Medical Negligence | Portsmouth, Rockingham County, New Hampshire | Depo | 2015 | August | Crow & Mulvey, LLP ((617) 416-4188 |
| Howard Sherman | Plaintiff Medical Negligence | Seminole County, Florida | Depo | 2015 | Sept. | Larmoyeaux & Bone, PL (561) 832-9400 |
| Michael Taylor | Plaintiff Medical Negligence | New Hanover County, North Carolina | Depo | 2015 | Sept. | Butler Daniel & Associates (877) 346-9186 |
| Richard Wilkins | Plaintiff Medical Negligence | Citrus County, Florida | Depo | 2015 | Sept. | Hinkle & Foran, P.A. |
| Vilma Sierra | Defense Personal Injury | Miami, Dade County, Florida | Trial | 2015 | Sept. | City of Miami Gregory Harrison, Attorney (305) 416-2200 |
| Cheryl Daniels | Plaintiff Medical Negligence | Columbia Richland County, South Carolina | Depo | 2015 | Oct. | Furr & Henshaw (803) 252-4050 |
| Robert Carrizales | Plaintiff Medical Negligence | Flint Genesee County, Michigan | Depo | 2015 | Oct. | Blum & Associates (800) 777-2586 |
| Lyndsey Pequeen | Plaintiff Medical Negligence | Red Bank Monmouth County, New Jersey | Depo | 2015 | Oct. | Michael Quinn, DPM, JD, LLC (732) 625-0379 |
| Darriel Harper | Plaintiff Medical Negligence | Naples Collier County, Florida | Depo | 2015 | Nov. | Zenith Insurance Co. Attorney Ganzby 1-800-226-2334 |
| Leonel Hansack | Defense Maritime | Miami Dade County, Florida | Depo | 2015 | Nov. | Fowler, White & Burnett, P.A. (305) 789-9200 |
| Jorge Castillo | Defense Competency | Fort Lauderdale Broward County, Florida | Trial | 2015 | Dec. | BCBS Joseph A. Chambrot. Attorney 1-800-345-3885 |
| Estate of Robert Cesped | Plaintiff Medical Negligence | Naples Collier County, Florida | Depo | 2015 | Dec. | Best Anderson David Best, Attorney (407) 425-2985 |
| Alfonso Lam | Plaintiff Medical Negligence | Miami Dade County, Florida | Depo | 2015 | Dec. | Jugo & Murphy (305) 661-9995 |
| | | | | | | |

# KENNETH C. FISCHER, M.D.

## CASE LIST FOR DEPOSITIONS AND TRIALS  2016

| PATIENT | TYPE | JURISDICTION | ROLE | YEAR | DATE | ATTORNEY |
|---|---|---|---|---|---|---|
| Myles Reid | Plaintiff Medical Negligence | Montgomery County Maryland | Trial | 2016 | Jan | Wais, Vogelstein (410) 998-3600 |
| Edward Byer | Treating Physician Personal Injury | Fort Lauderdale Broward County, Florida | Depo | 2016 | Jan. | Walton, Lantiff, Schroeder & Carson. LLP (954) 463-8456 |
| George Noel Sherman | Plaintiff Maritime | Miami Dade County, Florida | Depo | 2016 | Jan. | Rivkind & Margulies, P.A. (305) 374-0565 |
| John Sabolich | Plaintiff Medical Negligence | Cleveland Cuyahoga County, Ohio | Depo | 2016 | Feb. | Skolnick Weiser Law Firm (216) 861-8888 |
| Aracelys Morales | Defense Personal Injury | Miami Dade County, Florida | Depo | 2016 | Feb. | Ayenn Stark & Assoc. (305) 416-2214 |
| Kenneth Strickland | Workers' Compensation | Winter Park Seminole County, Florida | Depo | 2016 | Feb. | Hurley, Rogner, Miller, Cox & Waranch, P.A. (407) 571-7400 |
| Jennifer Lee | Plaintiff Medical Negligence | Cleveland Cuyahoga County, Ohio | Depo | 2016 | March | Nurenberg Paris (206) 94-5241 |
| Jacqueline Smith | Plaintiff Medical | Belleville Madison County, Illinois | Depo | 2016 | March | Weilmunster Law Group (618) 257-2222 |
| Michael Singleton | Plaintiff Medical Malpractice | Tampa Hillsborough County, Florida | Depo | 2016 | March | Mac A. Greco, Jr., P.A. (813) 223-7849 |
| Ruben Guerrero | Plaintiff Maritime | Miami Dade County, Florida | Depo | 2016 | March | Rivkind & Margulies (305) 374-0565 |
| Michael Singleton | Plaintiff Medical Malpractice | Tampa Hillsborough County, Florida | Depo | 2016 | March | Mac A. Greco, Jr., P.A. (813) 223-7849 |
| Boston Whaler | Defense Maritime | Miami Dade County, Florida | Depo | 2016 | March | Horr, Novak & Skipp, P.A. (305) 670-2525 |

| PATIENT | TYPE | JURISDICTION | ROLE | YEAR | DATE | ATTORNEY |
|---------|------|--------------|------|------|------|----------|
| Zeynel Kilinc | Defense Maritime | Miami Dade County, Florida | Trial | 2016 | March | Mase Lara (305) 377-3770 |
| Patricia Vitale-Smith | Plaintiff Medical Negligence | Baltimore Baltimore County Maryland | Trial | 2016 | April | Cordero & Peek (410) 752-6166 |
| Kedlen Joachim | Defense Motor Vehicle | Miami Dade County, Florida | Depo | 2016 | April | Luks, Santaniello & Petrillo LLC (305) 377-8900 |
| Thomas Hebrock | Plaintiff Motor Vehicle | Winter Park Seminole County, Florida | Depo | 2016 | April | Carolyn Salzmann, Esquire (407) 423-4560 |
| James Youroukos | Plaintiff Premise Liability | Belleville Madison County, Illinois | Depo | 2016 | April | Cook, Ysursa, Bartholomew, Brauer & Shevlin, LTD. (618) 235-3500 |
| Bridget Walsh | Plaintiff Medical Negligence | Boston Suffolk County, Massachusetts | Trial | 2016 | April | Lubin & Meyer, PC (617) 720-4447 |
| Lauren Henderson | Plaintiff Medical Negligence | Catawba County, North Carolina | Depo | 2016 | April | Butler Daniel & Associate, PLLC. (704) 376-6555 |
| Mary Ann Jones | Treating Physician Motor Vehicle | Miami Dade County, Florida | Depo | 2016 | April | Henry Courtney, Esquire (305) 358-1057 |
| Del Burgess | Plaintiff Medical Malpractice | Tampa Hillsborough County, Florida | Depo | 2016 | April | The Fernandez Firm (813) 228-6313 |
| Stephen Mitchell | Defense Premise Liability | Miami Dade County, Florida | Depo | 2016 | May | Mintzer, Sarowitz, Zeris. Ledva & Meyers, LLP (305) 774-9966 |
| Christopher Harker | Plaintiff Medical Negligence | Collier County, Florida | Trial | 2016 | May | Colson, Hicks Eidson (305) 476-7400 |
| Martin Gale | Treating Physician Maritime | Miami Dade County, Florida | Depo | 2016 | May | Vucci Law Group, P.A. (786) 375-0344 |
| Eva Thibaut | Plaintiff Nursing Home Negligence | Owsley County, Kentucky | Depo | 2016 | May | Morgan and White (606) 598-8188 |

| PATIENT | TYPE | JURISDICTION | ROLE | YEAR | DATE | ATTORNEY |
|---------|------|--------------|------|------|------|----------|
| Devin Lewis | Defense Motor Vehicle | Miami Dade County, Florida | Depo | 2016 | June | Luks, Santaniello, Petrillo & Gold (954) 761-9900 |
| Bradley Metts | Plaintiff Medical Negligence | Columbus Franklin County, Ohio | Depo | 2016 | June | Leeseberg Valentine (614) 221-2223 |
| Kenneth Spry | Plaintiff Medical Negligence | Tampa Pinellas County, Florida | Depo | 2016 | July | Florin Roebig, P.A. (800) 16-6581 |
| Kimberly Garces | Plaintiff Medical Negligence | Fort Lauderdale Broward County, Florida | Depo | 2016 | July | Friedman & Friedman, P.A. (305) 446- 6485 |
| Evelyn Lunsford | Plaintiff Medical Negligence | Sebring Highlands County, Florida | Depo | 2016 | Aug. | Keith Chasin, P.A. (305) 670-1833 |
| David Bruce | Plaintiff Medical Negligence | Fredericksburg Fredericksburg County, Virginia | Depo | 2016 | Aug. | Michael Lantz, Esq. Emroch & Kilduff, LLP (804) 358-1568 |
| Phil Collins | Plaintiff Medical Negligence | Springfield Greene County, Missouri | Depo | 2016 | Aug. | Placzek  Winget & Placzek (417) 883-4000 |
| Ramu Patel | Plaintiff Medical Malpractice | Jacksonville Duval County, Florida | Depo | 2016 | Sept. | Matthew Sowell, Esquire Terrell Hogan Law (904) 722-2228 |
| Emilee Williams | Plaintiff Medical Malpractice | Springfield Greene County, Missouri | Depo | 2016 | Sept. | Grant Rahmeyer, Esq. Strong Law (417) 887-4300 |
| Natasha Angelino | Defense Motor Vehicle | Miami Dade County Florida | Depo | 2016 | Sept. | Mai-Ling Castillo, Esq. Ayenn Stark & Assoc. (305) 416-2200 |
| Denise Howell | Plaintiff Maritime | Miami Dade County, Florida | Trial | 2016 | Sept. | Peter Sotolongo, Esq. Sotolongo Law (305) 415-0073 |
| David Ziluck | Plaintiff Medical Negligence | Fort Lauderdale Broward  County, Florida | Depo | 2016 | Sept | Sean M. Cleary, Esq. Law Offices of Sean M. Cleary, P.A. (305) 416-9805 |
|  |  |  |  |  |  |  |

| PATIENT | TYPE | JURISDICTION | ROLE | YEAR | DATE | ATTORNEY |
|---------|------|--------------|------|------|------|----------|
| Rafael Duarte | Worker's Comp Treating Physician | Miami Dade County, Florida | Depo | 2016 | Oct. | Law Office of Isabelle Martinez (305) 441-2284 |
| Suzanne Ludwisiak | Plaintiff Medical Malpractice | Chicago, Cook County, Illinois | Depo | 2016 | Nov. | Rubin, Machado & Rosenblum, P.a. (312) 327-1840 |
| Guilherme Fernandes | Plaintiff Maritime | Miami Dade County, Florida | Trial | 2016 | Nov. | Sotolongo, P.A. (305) 416-9805 |
| Darlene Zellner | Plaintiff Medical Negligence | Pinellas County, Florida | Depo | 2016 | Dec. | The Fernandez Firm (813) 228-6313 |
| Natalie Rosenberg | Plaintiff Testamentary Capacity | Boca Raton Palm Beach County, Florida | Trial | 2016 | Dec. | Weiss, Handler & Cornwell (561) 997-9995 |
| Tenety, George | Plaintiff Medical Negligence | Tampa, Hillsborough County, Florida | Depo | 2016 | Dec. | The Fernandez Firm (813) 228-6313 |
| Fuller, Kenneth | Plaintiff Medical Negligence | Melbourne Brevard County, Florida | Depo | 2016 | Dec. | Berger, Nance & Cacciatore (321) 777-7777 |
| | | | | | | |

# KENNETH C. FISCHER, M.D.

## CASE LIST FOR DEPOSITIONS AND TRIALS  2017

| PATIENT | TYPE | JURISDICTION | ROLE | YEAR | DATE | ATTORNEY |
|---|---|---|---|---|---|---|
| Jimmie Broach | Plaintiff Medical Negligence | Florence County South Carolina | Depo | 2017 | Jan. | Furr & Henshaw (843) 788-0952 |
| Ileana Diaz | Defense Motor Vehicle Accident | Dade County, Florida | Depo | 2017 | Jan. | Nancy St. Pierre, Esq. Ayenn Stark & Assoc. (305) 416-2206 |
| Turgot Ucar | Plaintiff Medical Negligence | New Castle County, Delaware | Depo | 2017 | Jan. | Shelsby & Leoni (302) 995-6210 |
| William Boyles | Plaintiff Medical Negligence | Duchess County, New York | Trial | 2017 | Jan. | Greg DeSola, Esq. La Sorsa & Benventano (914) 682-3300 |
| Serena Epps | Plaintiff Medical Negligence | Baltimore County, Maryland | Depo | 2017 | Jan. | Weltchek, Mallahan & Weltchek (410) 825-5287 |
| Del Burgess | Plaintiff Medical Negligence | Hillsborough County, Florida | Depo | 2017 | Jan. | The Fernandez Firm (813) 228-6313 |
| Jonathan Dorch | Defense Medical Negligence | Palm Beach County, Florida | Depo | 2017 | Feb. | Kenneth  W. Morgan, Esquire Billing, Cochran, Lyles, Mauro & Ramsey, P.A. (954) 764-7150 |
| Kimberly Garces | Plaintiff Medical Negligence | Dade County, Florida | Depo | 2017 | Feb. | Gary Friedman, Esq. Friedman & Friedman, P.A. (305) 44-6485 |
| Jerome Grabowski | Plaintiff Medical Negligence | Baltimore County, Maryland | Depo | 2017 | Feb. | Thomas Cardaro, Esquire Cardaro & Peek (410) 752-6166 |
| John Kuhl | Defense Maritime | Dade County, Florida | Arbitra-tion | 2017 | Feb. | Mase Tinelli (305) 377-3770 |
| Emilee Williams | Plaintiff Medical Negligence | Christian County, Missouri | Trial | 2017 | Feb. | Strong Garner Bauer, PC (417) 887-4300 |
| | | | | | | |

| PATIENT | TYPE | JURISDICTION | ROLE | YEAR | DATE | ATTORNEY |
|---------|------|--------------|------|------|------|----------|
| Susan Bennett | Plaintiff Medical Negligence | Lexington County, South Carolina | Depo | 2017 | March | William Andrew Jones, Jr., Esquire McGowan, Hood & Felder, LLC (803) 327-7800 |
| Dylan Machado | Defense Motor Vehicle | Miami Dade County, Florida | Trial | 2017 | March | Clark, Robb Mason, Coulome, Buschman & Charbonnet (305) 373-3322 |
| David Morris | Plaintiff Medical Negligence | Federal Court Columbia District, South Carolina | Depo | 2017 | March | Ashley Creech, Esq. McGowan, Hood & Felder, LLC (803) 327-700 |
| Deborah Bishara | Plaintiff Medical Negligence | Jacksonville Duval County, Florida | Depo | 2017 | March | Matthew Sowell, Esq. Terrell Hogan (904) 632-2424 |
| Kevin Pilarski | Plaintiff Medical Negligence | Baltimore County, Maryland | Depo | 2017 | March | Christopher Norman, Esq. Wais, Vogelstein, Forman & Offutt, LLC (410) 998-3600 |
| Xanthia Green | Defense Motor Vehicle | Miami, Dade County, Florida | Depo | 2017 | March | Mai-Ling Castillo, Esq. Ayenn Stark & Assoc. (305) 416-2206 |
| Carlos Gutierrez | Plaintiff Maritime | Miami, Dade County, Florida | Trial | 2017 | March | John Billera, Esquire Billera Law Group (561) 218-4639 |
| Estate of Edward Fielder | Plaintiff Medical Negligence | Lee County, Florida | Depo | 2017 | March | Craig Stevens, Esquire Morgan & Morgan, PA (239) 433-6880 |
| Virginia Villarejo | Worker's Compensation | Miami Dade County, Florida | Depo | 2017 | March | Angones, McClure & Garcia, PA (305) 371-5000 |
| Michael Balance | Defense Motor Vehicle | Miami Dade County, Florida | Depo | 2017 | March | Mai-Ling Castillo, Esq. Ayenn Stark & Assoc. (305) 416-2206 |
| Jesse MacDonald | Defense Personal Injury | Miami Dade County, Florida | Depo | 2017 | March | Conroy Simberg. PA (954) 961-1400 |
| Ileana Diaz | Defense Motor Vehicle | Miami Dade County, Florida | Trial | 2017 | March | Nancy St. Pierre, Esq. Ayenn Stark & Assoc. (305) 416-2206 |
| Michael Desjardins | Plaintiff Medical Negligence | Portsmith County, New Hampshire | Depo | 2017 | April | Nicholas Cappiello, Esq. Lubin & Meyer, PC (617) 720-4447 |

| PATIENT | TYPE | JURISDICTION | ROLE | YEAR | DATE | ATTORNEY |
|---------|------|--------------|------|------|------|----------|
| Rita Baker | Plaintiff Medical Malpractice | Belleville, St. Clair County, Illinois | Trial | 2017 | April | Colleen Jones, Esq. Cook, Ysursa, Bartholomew, Brauer & Shevlin, LTD (618) 235-3500 |
| Michael Kroll | Plaintiff Medical Malpractice | Douglas County, Nebraska | Trial | 2017 | April | Terry Sibbernsen, Esq. Sibbernsen, Strigenz & Sibbernsen (402) 493-7221 |
| Erica Williams | Plaintiff Medical Negligence | Baltimore County, Maryland | Depo | 2017 | April | Thomas C. Cardaro,Esq. Cardaro & Peek (410) 752-6166 |
| Denser Downs | Plaintiff Maritime | Miami Dade County, Florida | Arbitra-Tion | 2017 | April | John Billera, Esq. Billera Law, PLLC (561) 218-4639 |
| Joseph Cristin | Defense Worker's Compensation | Miami Dade County, Florida | Depo | 2017 | May | Jerry M Hayden, Esq. Vernis & Bowling (305) 895-3033 |
| Alan Klein | Plaintiff Medical Negligence | Miami Dade County, Florida | Depo | 2017 | May | Gamba  Lombana & Herrera (305) 448-4010 |
| Sladjana Cvoro | Plaintiff Maritime | Miami Dade County, Florida | Depo | 2017 | June | Luis Vucci, Esq. Vucci Law (305) 573-0125 |
| James Knipps | Treating Physician Motor Vehicle Accident | Miami Dade County, Florida | Depo | 2017 | June | Howard Pomerantz,Esq Abromowitz Pomerantz & Morehead, P.A. (954) 572-7400 |
| Virginia Unger | Plaintiff Medical Negligence | Naples Collier County, Florida | Depo | 2017 | June | Freidin Brown, P.A. (305) 371-3666 |
| Kevin  Pilarski | Plaintiff Medical Negligence | Baltimore County, Maryland | Trial | 2017 | July | Christopher Norman, Esq Wais, Vogelstein, Forman & Offutt, LLC (410) 998-3600 |
| Doreen Gilbert | Plaintiff Medical Negligence | Pinellas County, Florida | Depo | 2017 | July | H. Dennis Rogers, P.A. (727) 723-2273 |
| Evelyn Yachanin | Plaintiff Medical Negligence | Wayne County, Michigan | Depo | 2017 | Aug. | Joseph Konheim, Esq. Blum & Associates (248) 552-8500 |
| Luis Chiu | Defense Worker's Compensation | Miami Dade County, Florida | Depo | 2017 | Aug. | William Barry Millilen, Esq. (305) 662-1523 |

| PATIENT | TYPE | JURISDICTION | ROLE | YEAR | DATE | ATTORNEY |
|---|---|---|---|---|---|---|
| Peter Dicks | Plaintiff Medical Malpractice | Suffolk County Boston, Massachusets | Trial | 2017 | Aug. | Crowe & Mulvey, LLP (617) 426-4488 |
| Joseph Cristin | Plaintiff Worker's Compensation | Miami, Dade County, Florida | Depo | 2017 | Aug. | Vernis & Bowling (305) 895-3035 |
| Steven D. Torrant | Plaintiff Medical Malpractice | Brevard County, Florida | Depo | 2017 | Sept. | Gaebe, Mullen, Antonelli and DiMatteo (305) 667-0223 |
| Linette Keevan | Plaintiff Medical Negligence | Belleville, St. Clair County, Illinois | Depo | 2017 | Sept. | Weilmuenster & Keck, PC (618) 257-2222 |
| Joseph Mitchelll | Plaintiff Personal Injury | Broward County, Florida | Depo | 2017 | Sept. | Robert Ader, Esquire Ader & Hitt (305) 371-6060 |
| Ramos, Ismael | Defense Personal Injury | Miami, Dade County, Florida | Depo | 2017 | Oct. | Cole, Scott & Kissane (305) 350-5300 |
| Carranza, Diana | Plaintiff Medical Malpractice | Chicago, Cook County, Illinois | Depo | 2017 | Oct. | Rubin, Machado & Rosenblum, Ltd. (312) 327-1840 |
| Mays, Larry | Plaintiff Medical Negligence | Dekalb County, Georgia | Depo | 2017 | Oct. | Geoffrey Pope, Esquire Pope & Howard, P.C. (404) 885-9999 |
| Marsh, Kathleen | Defense Maritime | Federal Court Miami, Dade County, Florida | Depo | 2017 | Oct. | Christopher Knight, Esq. Fowler, White, Burnett (305) 789-9200 |
| Solano, Robert | Plaintiff Medical Negligence | Commonwealth Of Massachusetts Worcester County, Massachusetts | Trial | 2017 | Oct | Suzanne CM McDonough, Esq. Keches Law Group (508) 821-4337 |
| Machado, Jose | Plaintiff Personal Injury | Miami Dade County, Florida | Depo | 2017 | Nov. | DLD Lawyers (305) 443-4850 |
| Gould, John | Plaintiff Medical Malpractice | Fort Myers Lee County, Florida | Depo | 2017 | Dec. | Gary Alan Friedman, Esq. Friedman & Friedman, P.A. (305) 446-6485 |
| House, Patricia, Estate of | Plaintiff Personal Injury | Jacksonville Duval County, Florida | Depo | 2017 | Dec. | Thomas F. Slater, Esq. Pajcic & Pajcic (904) 358-8881 |

| PATIENT | TYPE | JURISDICTION | ROLE | YEAR | DATE | ATTORNEY |
|---------|------|--------------|------|------|------|----------|
| Byrne, Josesph | Defendant Medical Malpractice | Palm Beach Palm Beach County, Florid | Depo | 2017 | Dec. | Richarl T. Woulfe, Esq. Billing, Cochran, Lyles, Mauro & Ramsey, P.A. (954) 764-7150 |

UTOPIA AFFILIATES, PA
KENNETH C. FISCHER, M.D., P.A.

| 1190 N.W. 95th Street | Phone 305-696-7666 |
| Suite 402 | Fax    305-694-0111 |
| Miami, FL 33150 | knnthfis@aol.com |

**ATTENTION** all Utopia Affiliates and P.A. clients:

Please be advised of Dr. Fischer's payment policy, effective immediately. All IMEs, depositions, conferences, and court appearance fees are due **five business days** prior to the scheduled appointment. **THERE ARE NO EXCEPTIONS TO THIS POLICY** and lack of payment will result in **cancellation** of the appointment, which can only be rescheduled when payment is received. Also, note that client's failure to cancel with 5 business days of notice will result in a disruption fee equal to the cost of the entire appointment.

For complete details regarding fees, please refer to schedule below.

| Record Review (Retainer) | $1400.00 |
| Record Review | $700.00 per hour |
| | |
| Deposition or Conference | $1000.00 per hour |
| | $500.00 per 0.5 hour |
| | |
| Local Court Appearance | $1000.00 up to one hour |
| Travel Time (plus actual expenses) | $250.00 per .25 hour |
| | |
| Court Appearance outside South Florida | $6000.00 per day |
| (plus actual expenses) | $3000.00 per half day |
| | |
| Independent Medical Exam | $1000.00 |

TAX ID#     65-0023222    UTOPIA AFFILIATES, P.A.
            65-0320362    KENNETH C. FISCHER, M.D., P.A. (for IME)

MAY 18, 2017

# CURRICULUM VITAE

**KENNETH C. FISCHER, M.D.**
**1190 N.W. 95TH STREET**
**SUITE #402**
**MIAMI, FLORIDA 33150**

January, 2018

Date Of Birth:    July 20, 1947

Military Status:   Captain, U.S. Army Reserve, 1971-1977   (Reserve duty now completed)


## Academic Education & Degrees

| | |
|---|---|
| Duke University, Durham, North Carolina | 1964 - 1967 |
| | 1967  B.A. |
| Duke University, School of Medicine, Durham, North Carolina | 1967 - 1971 |
| | 1971  M.D. |


## Postgraduate Medical Training

| | |
|---|---|
| University of Miami, School of Medicine, Miami, Florida | 1971 - 1972 |
|   Internal Medicine Internship | |
| University of Miami, School of Medicine, Miami,  Florida | 1972 - 1975 |
|   Resident in Neurology | |


## Postgraduate Work Experience

| | |
|---|---|
| 1975 - 1976 | University of Miami School of Medicine<br>Department of Neurology |
| 1976 - 1988 | Partner,  Abel, Herskowitz & Fischer, M.D., P.A. |
| 1988 - 1992 | Neurologist, Modern Health Care |
| 1992 - 1993 | Partner, The Neurology Group |
| 1993 - Present | Owner, Kenneth C. Fischer, M.D., P.A. |
| 1985 - Present | Owner, Utopia Affiliates, P.A. |
| 2014 - 2017 | Owner, The Thurston Group |


## Honors & Special Awards

| | |
|---|---|
| Angier Biddle Duke Scholarship | 1964 -1967 |
| Magna Cum Laude | 1967 |
| Phi Beta Kappa | 1967 |
| Duke Medical School Scholarship for Academic Distinction | 1967 - 1971 |


January, 2018

AMA Physicians Recognition Award

1975-1978
1979-1982
1982-1985
1985-1988
1988-1991
1991-1994
1994-1997
1997-2000
2000-2003
2003-2006
2006-2009
2009-2012
2012-2015
2015-2018

## Academic  Appointments and Teaching Responsibilities

Assistant Professor of Neurology, University of Miami                1975-1976
     School of Medicine

Clinical Assistant  Professor Of Medicine, University of Miami       1976-1984
     School of Medicine

Clinical Associate Professor, Department of Neurology               1984-1992
     University of Miami School of Medicine

Voluntary Faculty, Department of Neurology                          1992-Present
     University of Miami School of Medicine

Neurology, American University of the Caribbean                     2008-2013,  2014 - Present

Ross University School of Medicine                                  2014 - Present

## Licensure

National Board of Medical Examiners                                 1971

State of Florida #24675                                             October 1972

New Mexico Medical Board, License# MD2006-0530                      July 2006

January, 2018

## Research Activities

1. Clinical Neurological Studies Involving Myasthenia Gravis, Neurosyphilis, Status Epilepticus, Dementia, Stroke

2. Participation in Bromocriptine Pilot Study, 1978-1981,  Study sponsored by Roche

3. Participation in clinical study of Ticlopidine in prevention of stroke, 1984-1986

4. Investigator, Eliprodil in treatment of acute ischemic strokes, 1995-1996

5. Participation in VNS (Vagal Nerve Stimulator) for refractory epilepsy, 1997-2003

6. Principal Miami Investigator for POINT (Platelet Oriented Inhibition in New TIA and Minor Ischemic Stroke) Study sponsored by NIH and University of Michigan, 2013-2014

7. Principal Miami Investigator for SOCRATES Ticagrelor  Study sponsored by Astra-Zeneca, 2013-2015

## Specialty Boards in Neurology

American Board of Psychiatry and Neurology, Diplomate          1978

American Board Of Quality Assurance and Utilization Review          1988

American Academy of Pain Management, Credentialed          1992

## Societies

American Academy of Pain Management, Fellow          1992-Present

Florida Medical Association, Member          1997-Present

## Community Activities

Member of North Shore Medical Center Corporation          1981-1997

Member of North Shore Medical Center Trustees          1985-1988
1994-2001

Treasurer and Chief of Finance North Shore Medical Center          1985-1988

Secretary, Board of Trustees, North Shores Medical Center          1994-1996

January, 2018

| | |
|---|---|
| Charter Member, North Dade Medical Foundation | 1997-2007 |
| Grants Committee, North Dade Medical Foundation | 2000-2007 |
| Board of Trustees, MOVERS | 2005-2009 |
| Board of Trustees, Catholic Medical Services | 2006 - Present |
| Executive Committee, Board of Trustees,<br>Catholic Medical Services | 2007 - Present |
| Chairman, Professional Affairs, Catholic Medical Services | 2007 - Present |
| Director, North Shore Medical Center Stroke Program | 2008 - 2015 |
| Director, Stroke Program, Catholic Health Services | 2015 - Present |

### Government Activities

| | |
|---|---|
| Special Disability Examiner Neurology, Veterans Administration | 1979 - 2000 |
| Neurology expert, Florida Professional Review Organization | 1985 - 2015 |
| Expert Medical Advisor, Florida Division Of Workers Compensation | 1995 - Present |
| Special Consultant, South Florida Evaluation and Treatment<br>Center, Florida Department of Children and Families | 2004 - Present |

### Scientific Presentations, Lectures & Program Participation- Only National Programs Included

1.      "Oral Corticosteroids in the Treatment of Ocular Myasthenia"
        Fischer, K. C. and Schwartzman, R.J. American Academy of
        Neurology, San Francisco, California April 22-27, 1974.

2.      "Incidence and Manifestation of  Neurosyphilis in a Random Hospital
        Population".  Fischer, K.C. and Schwartzman, R.J. American Academy of Neurology,
        Miami Beach, Florida. April 28-May 3, 1975.

3       "Oral Corticosteroids in the Treatment of Ocular Myasthenia".
        Fischer K. C. and Schwartzman, R.J. International Myasthenia Gravis
        Foundation Conference, New York City, New York June, 1975.

4.      "Status Epilepticus in General Hospital Population".  Ginsberg, P. and
        Fischer, K.C. American Academy of Neurology, Toronto, Canada.
        April 25-30, 1976.

January, 2018

<u>**Publications**</u>

1.   Fischer, K.C. and Wilson, W.P.:  Methylphenidate and the Hyper-
     kinetic State. <u>Diseases of the Nervous System</u>. 32:695-699, 1971.

2.   Fischer, K.C. and Schwartzman, R.J.: Oral Corticosteroids in the
     Treatment of Ocular Myasthenia Gravis. <u>Neurology</u>. 23:795-798, 1974.

3.   Fischer, K.C. and Schwartzman, R.J: Oral Corticosteroids in the
     Treatment of Ocular Myasthenia Gravis. <u>Ophthalmology Digest</u>. April 1975.

4.   Fischer, K.C. and Schwartzman, R.J.: Oral Corticosteroids in the
     Treatment of Ocular Myasthenia Gravis. <u>Annals of N.Y. Academy of
     Science</u>. 275:652-658, 1976.

<u>**Hospital Medical Staff Privileges**</u>

CEDARS MEDICAL CENTER, Miami, Florida
        Attending                          1976 - 2007

UNIVERSITY OF MIAMI MEDICAL CENTER, Miami, Florida
        Attending                          2007 - 2015
        Honorary                           2015 - Present

NORTH SHORE MEDICAL CENTER, Miami, Florida
        Attending Physician- Neurology     1976 - Present

JACKSON MEMORIAL HOSPITAL, Miami, Florida
        Courtesy                           1975 - 2016
        Honorary                           2016 - Present

ST CATHERINE'S REHABILITATION CENTER, Miami, Florida
        Neurology Consultant               1996 – Present
        Director – Stroke Rehabilitation
        Center                             2015 - Present

January, 2018

## KENNETH C. FISCHER, M.D., P.A.

DIPLOMATE AMERICAN BOARD OF NEUROLOGY

DIPLOMATE AMERICAN BOARD OF QUALITY ASSURANCE UTILIZATION REVIEW

DIPLOMATE AMERICAN ACADEMY OF PAIN MANAGEMENT

2-4-19

NEUROLOGICAL CONSULATION- RE: **Charlene Major**

Present illness: Today I have seen for neurological evaluation Ms. **Charlene Major**, a 53-year-old right-handed woman originally from and residing in San Francisco.

The patient was accompanied by a videographer who recorded the examination. The patient arrived to the appointment on time and was cooperative throughout. I explained at the outset that the purpose of the visit was for evaluation only and that no other patient/physician relationship had been initiated. The patient understood the concept and agreed.

The patient is seen to determine potential neurological consequences of an incident which occurred 5-20-17, when Ms. Major was a passenger aboard the Carnival Cruise Line vessel *Imagination* and was at a blackjack table. Allegedly, 2 other passengers who were intoxicated made racist comments toward Ms. Major and then physically assaulted her. In the statement she filed aboard ship in the security office, Ms. Major indicates she was kicked in the back and stomped on her eye. She believes she had broken ribs. Her necklace was allegedly pulled off her neck.

According to the patient, she sought treatment in the shipboard infirmary but was denied such because it was after hours and she refused to sign a credit card paper for payment. She states she was not seen by the physician because she refused to sign the paper. There is however, a clinic visit 5-20-17 at 5:06 AM documented by nurse Mkhonto indicating the assault, stating that she was slapped in the face and hit on the left shoulder, right thigh, and right hand. She complained of pain in the face, left shoulder and right hand. She was noted to be under the influence of alcohol.

Subsequently, the shipboard records indicate that Ms. Major was evaluated by Dr. Carvajal Muñoz, who noted the patient was awake and alert but had slurred speech and alcoholic breath. She was able to ambulate by herself without limping. She had a superficial abrasion about 4 cm over the distal 3rd of the left arm without bleeding. She had a superficial abrasion and ecchymosis about 3-4 cm over the internal aspect of the right thigh. She had some tenderness in her neck on palpation. However, it was supple with full range of motion. There was mild edema over the left cheek at the zygomatic bone. She had tenderness over the left shoulder and arm with reduced range of motion due to pain. There was tenderness to palpation of the right thumb and first metatarsal bone with decreased range of motion due to pain. The physician's diagnoses were assault by bodily force, contusions of the skin, wrist, hand, head, face, neck, shoulder and upper arm. Before the evaluation was completed, it was documented that the patient became angry about the potential charges for the medical services and walked out and declined any x-rays, medication or the procedures. She left ambulating by herself in the company of security. At that time she was described as under the influence of alcohol. She was described as drunk and uncooperative.

Subsequently, Ms. Major returned to the facility and initially demanded to be seen because she wanted to open a case. She remained drunk and uncooperative. The patient was complaining of pain in the right wrist, left forehead, left leg, and right and thigh. She refused any consultation and was given ice and removed by security in a wheelchair.

She states remained on the cruise for about 1 1/2 days and stay basically in her cabin during that period of time. She then returned to her home in San Francisco.

Ms. Major was evaluated 5-22-17 at the Kaiser clinic by Dr. Dummel with similar symptoms. She claimed that she had lost consciousness, which was not recorded contemporaneously. She was complaining of headaches, dizziness, vomiting, blurred vision, and cognitive slowing. Dr. Dummel found multiple bruises, but neurologically she was intact. His diagnosis was concussion. Pictures of the bruises were taken. Norco, which she had taken chronically, was continued. X-rays of the facial bones and shoulder were taken which were negative. Ophthalmology evaluation the same day by Dr. Kearsley was negative for any traumatic ocular process, although she had long-standing sequelae

Re: CHARLENE MAJOR      Page # 1     02/04/2019

from her endogenous problems.

Subsequently, Ms. Major was followed by Dr. Dummel with improved headaches but insomnia and psychological symptoms and back pain. He recommended psychiatric evaluation. A brain CT scan was ordered 5-30-17.

She was seen by Ms. Tan, counselor, 6-14-17. Further psychiatric evaluation was recommended. She was seen by Dr. Vander Clute, a psychiatric social worker 6-28-17. He noted she had not worked in a year because of family issues. He also noted severe psychological issues after the serious November 2016 motor vehicle accident with her car totaled. Psychotherapy was initiated. The social worker recommended psychiatric evaluation and noted she had seen a psychiatrist Dr. Zablotny, in 2009. Further notes indicated interaction with psychiatric nurses in which she demanded refills for diazepam which she had taken for 20 years for chronic anxiety and was rebuffed.

Subsequently, Ms. Major was evaluated 8-8-17 by Dr. Dawes, psychiatry. She noted the patient has had various stresses over the last several months including the severe motor vehicle accident of November 2016, deaths of her brother and father 2017, and in addition to the cruise incident, another episode at a friend's house when she was drinking and was pushed by a man through a glass window leading to profuse bleeding in her arm. She did not go to the ER because of embarrassment. She also was concerned about being labeled a drug-seeking patient as she had utilized narcotics for many years. She has recently cut back on alcoholic use as her drinking was causing problems with her husband and daughter. She had been drinking 4-5 nights per week and going through a $100 bottle of tequila in 2 weeks or faster. Her mental status was normal with no suicidal issues. She declined antidepressants at that time and the psychiatrist assented to low-dose diazepam. Her assessment was anxiety with stress reaction/anxiety and prolonged complicated bereavement with severe stressors.

Subsequent to this, Ms. Major continued with sessions with Mr. Vander Clute and Dr. Dawes with persistent symptoms of anxiety, depression, and isolation. The patient was treated with Duloxetine 60 mg as well as continuation of the diazepam. Dr. Dawes described her as improved on the visit of 11-1-17. Prazosin was added for anxiety on the visit of 2-8-18. Other medications, including narcotics, diazepam and Cymbalta were continued.

Currently, Ms. Major indicated that she has residual difficulties which she attributes to the incident. These include headaches which occur 3-4 times per week lasting for about one hour in the front part of her head with a throbbing sensation associated with nausea, sometimes vomiting, photophobia, phonophobia, dizziness and rarely flashing lights. She takes ibuprofen and Imitrex with relief. She feels her cognition is not quite right and feels detached and psychologically she feels different. She continues with therapy in the Kaiser facility on a regular basis. She receives psychiatric medication including Duloxetine, Seroquel as well as melatonin for sleep. She feels fearful and frustrated. She has insomnia regularly.

Past history: hypertension, migraine, diverticulosis, anxiety, diabetes, asthma, gastric reflux, osteomyelitis

Review of systems: please also see the review of systems completed by the patient on the intake information sheet
  Neuro: as above, antecedent migraine, motor vehicle accident November 2016 with subsequent headache, disorientation and back pain; treated as early as 2012 in the Kaiser clinic, diabetic neuropathy
  Psych: anxiety treatment as early as 2012 in the Kaiser clinic. Additional symptoms in 2017 after the death of her father and brother 9 days apart
  E.N.T.: chronic decreased hearing left ear
  Pulm: asthma, pneumonia 2013
  Cardio: hypertension on lisinopril, HCTZ and metoprolol
  G.I.: diverticulosis, gastric reflux on omeprazole, exogenous obesity, umbilical infection
  G.U.: N/A
  Gyn: genital warts
  Endo: diabetes on metformin
  Ortho: lumbar and left knee pain, right hip pain after 2013 motor vehicle accident with ER visit at San Francisco General, osteomyelitis of right middle finger 2013, neck and back pain after 2016 MVA (for which she was taking daily narcotics at least 6 months after the incident), puncture wound of foot 2017
  Derm: folliculitis

Re:  CHARLENE MAJOR     Page # 2     02/04/2019

Social history: married, one natural child, 2 ectopic pregnancies, chronic tobacco abuse, 8 drinks per week, and sometimes more, marijuana use, formerly medical coder, previous litigation for wrongful termination, involvement in a petty theft.

Allergies: erythromycin which sounds more like an intolerance.

Operations: operation on right middle finger with abscess and osteomyelitis, draining of umbilical abscess, cesarean section, 2 ectopic pregnancies, abortion, foot surgery

Family history: father died from prostate cancer, her mother from asthma her brother from COPD

NEUROLOGICAL EXAMINATION

CONSTITUTIONAL
well-developed alert individual. No acute distress.  Obese

MENTAL STATUS:
Normal with full orientation, memory, and cognitive function. Normal naming, digits, immediate recall and memory and vocabulary. Mini mental status score of 29

SPEECH:
Speech was clear with no dysarthria and no dysphasia.

HEAD & NECK:
Good range of motion without bruits.  There was no nuchal rigidity.

CRANIAL NERVE TESTING:
II - Intact with no papilledema.  Funduscopic examination is unremarkable.  Visual acuity was normal.  There was no visual field defect.

III, IV, VI - Pupils are symmetrical and equally reactive to light and near vision.  Eye movements are normal without nystagmus.

V - Facial sensation is normal and symmetrical.  Corneal responses are normal.

VII - No facial asymmetry is present.

VIII - Hearing is grossly intact.  Weber and Rinne testing is normal.

IX & X - Palate is midline; gag response is normal.  Swallowing was normal.

XI - Shoulder shrug is symmetrical.

XII - Tongue is midline without atrophy.

MOTOR EXAMINATION:
Strength was 5/5 with no drift or atrophy.  Tone was normal.

SENSORY EXAMINATION:
Normal to all modalities without any sensory level.

DEEP TENDON REFLEXES:
Symmetrical with bilaterally flexor plantars.  No pathologic reflexes present.  Reduced Achilles reflexes bilaterally

COORDINATIVE EXAMINATION:

Normal on finger-to-nose examination, heel-to-shin and rapid alternating movements.

GAIT AND STATION:
Normal including heel, toe, and tandem gait

BACK EXAMINATION:
Negative straight leg raising. Normal mobility with no spasm.

IMPRESSION:
Ms. Charlene Major is a complicated individual with substantial antecedent neurological issues including previous headaches, cervical and lumbar disease, and diabetic neuropathy. She also has long-standing psychiatric disease with multifaceted stress factors. In the injury of 5-20-17 the patient had multiple bruises but no significant head injury. Her neurological examination currently is intact other than findings of diabetic neuropathy, which is of course an endogenous condition not related to the incident in question. Ms. Major demonstrates no neurological objective sequelae derived from the incident of 5-20-17.

Thank you very much.

Sincerely,

Kenneth C. Fischer, MD.



**Reminyl®**
*galantamine HBr* Tablets and Oral Solution

Patient's Name: *Charles Mayor*     Date: 2-4-12

## MINI-MENTAL STATE EXAMINATION (MMSE)

| | | | POINTS | SCORE |
|---|---|---|---|---|
| **ORIENTATION** | | | | |
| 1. What is the | | Year? | 1 | 1 |
| | | Season? | 1 | 1 |
| | | Date? | 1 | 1 |
| | | Day? | 1 | 1 |
| | | Month? | 1 | 1 |
| 2. Where are we? | | State? | 1 | 1 |
| | | County? | 1 | 1 |
| | | Town or city? | 1 | 1 |
| | | Hospital? | 1 | 1 |
| | | Floor? | 1 | 1 |

**REGISTRATION**

3. Name three objects, taking one second to say each.
   Then ask the patient all three after you have said them.
   Example: apple, tree, book.
   Give one point for each correct answer.
   Repeat the answers until the patient learns all three.    **3**    *3*

**ATTENTION AND CALCULATION**

4. Serial sevens. Instruct patient to subtract 7 from 100 in increments.
   Stop after five answers. Alternate: Spell WORLD backwards.
   Give one point for each correct answer (# or letter.)    **5**    *4*

**RECALL**

5. Ask for names of three objects learned in question 3.
   Give one point for each correct answer.    **3**    *3*

**LANGUAGE**

6. Point to a pencil and a watch.
   Have the patient name them as you point.    **2**    *2*

7. Have the patient repeat this phrase "No ifs, ands, or buts."    **1**    *1*

8. Have the patient follow a three-stage command:
   – Take the paper in your right hand.
   – Fold the paper in half.
   – Put the paper on the floor.    **3**    *3*

9. Have the patient read and obey the following:
   "CLOSE YOUR EYES." (Write it in large letters.)    **1**    *1*

10. Have the patient write a sentence of his or her own choice.
    (The sentence should contain a subject and a verb and
    should make sense. Ignore spelling errors when scoring.)    **1**    *1*

11. Have the patient copy the figure at right.
    (Give one point if all sides and angles are
    preserved and if the intersecting sides form
    a quadrangle.)    **1**    *1*

| | **TOTAL** | **30** | *29* |
|---|---|---|---|


Sharing Care™

JANSSEN   PHARMACEUTICA PRODUCTS, L.P.

© Janssen 2002     Printed in U.S.A     April 2002     01-RM-248     02A8366

CLOSE

YOUR

EYES

Yesterday I caught a plane

# Exhibit B

## Dr. Richard Hamilton's List of Cases
### Depositions/Court Testimony

### 2013

| | | |
|---|---|---|
| 02/11/13 | Deposition | Rafaell Harris, et al. vs. Triple P Distributing Co. (Case #2011-CA-009873) |
| 04/15/13 | Court Testimony | Rafaell Harris, et al. vs. Triple P Distributing Co. (Case #2011-CA-009873) |
| 04/29/13 | Deposition | Carlos Sabatier v. Marcos Canut (Case #12-36913 CA 21) |
| 05/21/13 | Deposition | Anthony Diaz v. BP Product North America, Inc. (Case #09-59029 CA 32) |
| 9/16/13 | Deposition | Carlos Sabatier v. Marcos Canut (Case #12-36913 CA 21) |
| 12/05/13 | Deposition | Kathleen Kastenholz and Michael Kastenholz v. Emmanuel Henrizier, Saubnet D'Wayne Plitasse (Case # 2011-09923 CA (32)) |
| 12/06/13 | Court Testimony | Arcadio Hernandez (Case #           ) |
| 12/10/13 | Court Testimony | Kathleen Kastenholz and Michael Kastenholz v. Emmanuel Henrizier, Saubnet D'Wayne Plitasse (Case # 2011-09923 CA (32)) |

### 2014

| | | |
|---|---|---|
| 01/06/14 | Deposition | Michael J. Workman v. Trak Motorsports, Inc. (Case # 50-2011 CA 01-8133 XXXX MB) **Plaintiff Referral – Julie Braman Kane, Esq.** |
| 02/04/14 | Trial Testimony | Janine Aris v. Seville C. Applebaum (Case # R-WNP-5312061-031612-A) **Defense Referral – Jonathan Weiss, Esq.** |
| 03/04/14 | Trial Testimony | Terry et al. v. Carnival Corporation (Ref# P/TI/402072013/MBP//Terry) **Defense Referral – Mase, Lara Law Firm** |

Page 2

| 03/18/14 | Deposition | Erik de la Cruz v. Matthew S. Thibeaux, et al<br>(Case # 36-12348)<br>***Treating Neuropsychologist*** |
|---|---|---|
| 04/08/14 | Deposition | Agredo v. Super Service et al.<br>(File # 1254.003)<br>***Defense Referral- Daniel Venezia, Esq.*** |
| 08/11/14 | Deposition | Bianca Milov v. Florida Power & Light Co.<br>(Case #10-28988 CA 09)<br>***Plaintiff Referral- Steven Marks, Esq.*** |
| 10/06/14 | Deposition | Eric Saussmannhausen v. Jet Hauling Inc.<br>(Case #50-2013-CA 005783 XXXX-MB-AD)<br>***Plaintiff Referral- Stuart Grossman, Esq.*** |
| 11/10/14 | Deposition | Christian Pressman v. Public Health Trust of Dade County<br>(Case # 03-10565 CA 11)<br>***Plaintiff Referral- Manuel Epelbaum, Esq.*** |
| 12/16/14 | Deposition | Cline v. Carnival Cruise Line<br>(Case # 1-14CV20536)<br>***Defense Referral- Mase, Lara Law Firm*** |

### 2015

| 4/27/15 | Deposition | Katherine Alexander v. Salas, Jesus<br>(Case #14-17827-CA-01)<br>***Defense Referral- Mase, Lara Law Firm*** |
|---|---|---|
| 8/31/15 | Deposition | Mezidor v. Tarmac America, et al.<br>(Case No. 2012-33204-CA-25)<br>***Plaintiff Referral- Edward Blumberg, Esq.*** |
| 9/01/15 | Deposition | Juanita Jackson (Kerri Rice) v. Boca Medical Center<br>(Case No. 2012-CA-023205)<br>***Plaintiff Referral- Darryl Lewis, Esq.*** |
| 10/20/15 | Deposition | Eric de la Cruz v. Matthew S. Thibeaux, et al<br>(Case No. 36-12348)<br>***Treating Neuropsychologist*** |

Page 3

## 2016

| 2/02/16 | Deposition | Robert Benner v. NCL<br>(Case No. 15-20585-CIV-Lenard-Goodman)<br>*Defense Referral- Mase, Lara Law Firm* |
|---|---|---|
| 5/18/16 | Trial Testimony | Daric Ebanks v. Grand Cayman Islands<br>*Treating Neuropsychologist* |
| 6/21/16 | Deposition | Paolo Amore - Catherine Payan<br>(Case No. 14-cv-24612 KING)<br>*Treating Neuropsychologist* |
| 7/11/16 | Deposition | Gabrielle Fellner v. Whole Foods Market Group, Inc.<br>(Case No. 13-020596 (02))<br>*Treating Neuropsychologist* |
| 9/15/16 | Court Testimony | De Posada v. Pernod Ricard USA, LLC<br>(Case No. 12-22050 CA 22)<br>*Defense Referral- Gregg Weiser, Esq.* |
| 11/7/16 | Deposition | Eric De La Cruz vs. Tower National Insurance Company<br>(Case No. 2012-4476 E )<br>*Treating Neuropsychologist* |
| 11/15/16 | Deposition | Amy Alvarez vs. UM, PHT and Dr. Alvarez-Fuentes<br>(Case No. 14002054 CA 01)<br>*Defense Referral- Fowler, White, Burnett Law Firm* |

## 2017

| 01/09/17 | Deposition | Matthew Diaz-Silveira vs. George Prendes & Beatriz Prendes  (Case No. 16-15733-CA-01)<br>*Treating Neuropsychologist* |
|---|---|---|
| 01/10/17 | Deposition | Maykel Castro vs. Noel Hernandez Lazo & National Trust Ins. Co. (Case No. 15-001579 CA 31)<br>*Treating Neuropsychologist* |

Page 4

| 01/17/17 | Deposition | Dylan Machado vs. Maria Rodriguez<br>(Case No. 14-22081 CA 31)<br>***Treating Neuropsychologist*** |
| --- | --- | --- |
| 02/06/17 | Deposition | Maximus Roman vs. Ramco-Gersehenson, Inc.<br>(Case No. 50-2016-CA-003117 AO)<br>***Treating Neuropsychologist*** |
| 02/28/17 | Court Testimony | Dylan Machado vs. Maria Rodriguez<br>(Case No. 14-22081 CA 31)<br>***Treating Neuropsychologist*** |
| 03/14/17 | Deposition | Kenesha L. Springer vs. Jeffrey A. Hirsch & State Farm<br>Mutual Automobile Insurance Co.<br>(Case No. CACE 15-018504 03)<br>***Treating Neuropsychologist*** |
| 04/25/17 | Deposition | Gary Bruns vs. Evans Delivery<br>(Case No. 16-013474 CA 01 02)<br>***Treating Neuropsychologist*** |
| 07/11/17 | Deposition | Mark Germain vs. NHTE South Pointe, LLC<br>(Case No. 2015 010642 CA 10)<br>***Treating Neuropsychologist*** |

### 2818

| 01/09/18 | Deposition | Stephanie Hilzinger vs. Rite Tire of Okkechobee, LLC<br>(Case No. 2016-021057 CA 32)<br>***Plaintiff Referral – Hector Lombana, Esq.*** |
| --- | --- | --- |
| 01/23/18 | Deposition | Matthew Diaz Silveira vs. George Prendes<br>(Case No. 16-015733-CA-01)<br>***Treating Neuropsychologist*** |
| 05/22/18 | Deposition | Iraida Pacheco vs. Wilfredo Calzadilla<br>(Case No. 16-006104-CA-08)<br>***Plaintiff Referral- Judd Rosen, Esq.*** |

Page 5

| 06/15/18 | Deposition | Brian White vs. Andrew Mesa<br>(Case No. 17-CV23940-UU)<br>**Plaintiff Referral- John Fisher, Esq.** |
| 06/19/18 | Deposition | Markesha Rogers and Fonta Potts vs. ATA Atogho, M.D.<br>(Case No. 2016-006546-CA 01)<br>**Plaintiff Referral- Grant & Eisenhofer Law Firm** |
| 07/03/18 | Deposition | Serge Myrtil vs. Rolando Orama Garcia<br>(Case No. 2016-004811 CA 06)<br>**Plaintiff Referral- Cosme Caballero, Esq.** |

**RICHARD A. HAMILTON, PH.D.**
**11140 Snapper Creek Road, Coral Gables, Florida 33156**
**(305) 323-2180**
**hamiltonphd@hotmail.com**

## SCHEDULE OF STANDARD CHARGES TO ATTORNEYS
### (Effective January, 2019)

| | |
|---|---|
| Deposition – In Office | $ 1,000.00 per hour |
| Deposition – Outside Office | $ 1,500.00 per hour |
| Attorney Conference – Outside Office | $ 1,500.00 per hour |
| Trial Appearance (Miami-Dade/Broward Counties) | $ 1,000.00 per hour - portal to portal |
| Trial Appearance (Out of Area) | $ 8,000.00 per day plus expenses |
| Travel: | |
| Trial Appearance (Out of Area - Weekends) | $ 9,000.00 per day plus expenses |
| (Out of Area - Holidays) | $10,000.00 per day plus expenses |
| Reviewing Medical Records and Pre-deposition Conference | $   500.00 per hour |
| Forensic Neuropsychological Examination | $ 4,500.00 to $5,000.00 |
| Forensic Psychological Evaluation | $ 3,500.00 |
| Conferences (including via telephone) | $   125.00 per one-quarter hour |
| Initial Evaluation (In Office) | $   500.00 |
| Initial Evaluation (Out of Area) | $ 8,000.00 per day plus expenses Plus cost of Evaluation |
| Psychological Testing | $   500.00 per hour |
| Individual Psychotherapy | $   350.00 per hour |
| Preparation of attorney for Psychological/ Neuropsychological deposition/court testimony | $ 2,500.00 per hour |

Photocopying and Facsimile Charges $1.00 per page plus postage and handling fee

Note:    1. All fees described herein must be PAID PRIOR TO SERVICE being rendered or findings being released.

2. Please be advised that it is our policy to charge a disruption fee equal to one-half (1/2) of the quoted fee in the event notice of cancellation is provided within less than forty-eight hours prior to the scheduled service.

# Curriculum Vitae

**\* PART A: BIOGRAPHICAL INFORMATION**

1.  **PERSONAL:**                                          Date: July, 2018

    **Name**

    Richard Allen Hamilton, Ph.D.

    **Address (Offices)**

    7600 Red Road                          Baptist Hospital
    Suite 229                              Davis Center for Rehabilitation
    South Miami, FL  33143                 8900 North Kendall Drive
    (305) 669-4455                         Miami, FL  33176-6520
    hamiltonphd@hotmail.com                (786) 596-6768

2.  **HIGHER EDUCATION:**

    1975 B.A. cum laude (Psychology), Temple University, Philadelphia, PA

    1977 M.S. (Psychology), Nova Southeastern University, Ft. Lauderdale, FL

    1978 Doctoral Student (Counseling Psychology), University of Miami, Coral Gables, FL

    1985 Ph.D. (Clinical Psychology), Nova Southeastern University (APA Approved), Ft. Lauderdale, FL

3.  **POST DOCTORAL TRAINING:**

    1981-1982  Internship in Clinical and Neuropsychology (APA Approved), Veterans
               Administration Medical Center, Miami, FL

    1985-1986  Fellowship in Clinical Neuropsychology, Department of Psychology and Behavioral Medicine,
               University of Miami/Jackson Medical Center, Miami, FL

4.  **LICENSURE:**     State of Florida - Licensed Psychologist, 1987

5.  **PROFESSIONAL EXPERIENCES:**

    1976-1978  Mental Health Technician, Psychiatric Institute, Jackson Memorial Medical Center, Miami, FL

    1979-1980  Staff Psychologist, Nova University Community Mental Health Center, Coral Springs, FL

Richard Allen Hamilton, Ph.D.
Page 2

| | |
|---|---|
| 1979-1981 | Practicum Student, Nova Southeastern University Psychology Clinics and Nova Biofeedback Laboratory, Fort Lauderdale, FL |
| 1981-1982 | Psychology Intern:  APA Approved Internship, Veterans Administration Medical Center, Miami, FL |
| 1982-1985 | Clinical Psychologist, Department of Rehabilitation Psychology, University of Miami/Jackson Medical Center, Miami, FL |
| 1985-Present | Private Practice, Clinical and Neuropsychology, South Miami, FL |
| 1985-1986 | Fellowship in Clinical Neuropsychology, Department of Psychology and Behavioral Medicine, University of Miami/Jackson Medical Center, Miami, FL |
| 1986-1989 | Director, Clinical Neuropsychology Service, Supervisor APA Approved Internship Program, Department of Psychology and Behavioral Medicine, University of Miami/Jackson Medical Center, Miami, FL |
| 1988-1993 | Program Director, CARF accredited Brain Injury Program, HealthSouth Regional Rehabilitation Center, Miami, FL |
| 1989-2000 | Adjunct Professor, Miami Institute of Psychology, Miami, FL |
| 1989-1993 | Program Director, Head Injury Day Treatment Program, Miami Rehabilitation Institute, Coral Gables, FL |
| 1990-1993 | Program Director, CARF Accredited Pediatric Brain Injury Program, HealthSouth Regional Rehabilitation Center, Miami, FL |
| 1995-Present | Co-Director, Baptist Hospital Annual Brain Injury Symposium, Miami, FL |
| 1987-1995 | Adjunct Assistant Professor, Department of Psychology, University of Miami, Coral Gables, FL |
| 1988-1995 | Adjunct Assistant Professor, Department of Psychiatry, University of Miami School of Medicine, Miami, FL |
| 1992-1993 | Adjunct Professor, Department of Psychology, Nova Southeastern University, Fort Lauderdale, FL |
| 1993-Present | Clinical Director, CARF Accredited Inpatient Brain Injury Program, Baptist Hospital of Miami Miami, FL |
| 1993-Present | Clinical Director, CARF Accredited Intensive Outpatient Brain Injury Program Baptist Hospital of Miami, Miami, FL |

Richard Allen Hamilton, Ph.D.
Page 3

2008-Present   Co-Director, Baptist Hospital Annual Behavioral Medicine Symposium, Miami, FL

2009-Present   Clinical Director, Sports Concussion Clinic, Baptist Hospital of Miami, Miami, FL

2009-Present   Neuropsychologist for Miami-Dade County Public School Sports Concussion Program,
Miami, FL

2010-Present   Board Certified Brain Injury Specialist Trainer from the Academy of Certified Brain Injury
Specialists

2010-Present   Neuropsychologist for Florida International University Sports Concussion Program, Miami, FL

2012-Present   Certified ImPACT Consultant.

2017-Present   Clinical Neuropsychologist Miami Cancer Institute, Baptist Hospital of Miami.

2017-Present   Clinical Professor, Department of Psychiatry & Behavioral Health, Herbert Wertheim College
of Medicine, Florida International University.

## CURRENT AND PAST TEACHING RESPONSIBILITIES:

1979-1980   Teaching Assistant, Graduate Course in Intelligence Testing, Nova Southeastern University,
Department of Psychology, Fort Lauderdale, FL

1979-1981   Adjunct Instructor, Nova College, Center for Undergraduate Studies, Ft. Lauderdale, FL
Statistical Methods and Research Design
Psychology of Learning
Personal Adjustment
Physiological Psychology
Introduction to Behavior Modification
History and Systems of Psychology

1982-1989   In-service training on Behavioral Medicine in Rehabilitation to Physicians, Physical Therapists,
Occupational Therapists, Speech Pathologists, Psychologists, Social Workers, and Nurses at the
Rehabilitation Center, Jackson Memorial Medical Center, Miami, FL

1983-1984   Lecturer to freshman medical students in the course "Introduction to the Patient", University of
Miami School of Medicine, Miami, FL

1983-1989   Instructor, Department of Psychology and Behavioral Medicine, University of Miami/Jackson
Medical Center, Miami, FL, teaching behavioral therapy "Mini Course" to APA Approved
doctoral psychology interns

1983-1989   Supervision of APA Approved Doctoral Psychology Practicum Students, Interns and Post-
Doctoral Fellows, Department of Psychology and Behavioral Medicine, University of
Miami/Jackson Medical Center, Miami, F

Richard Allen Hamilton, Ph.D.
Page 4

1984-1985  Lecturer to freshman medical students in the course "Health and Human Values".  University of
Miami School of Medicine, Miami, FL

1984-1989  Adjunct Assistant Professor, Department of Psychology, Nova University, Ft. Lauderdale, FL
Teaching of doctoral level courses entitled "Behavioral Medicine Applications I and II".

1985-1989  Lecturer, Department of Physical Therapy, University of Miami,  Miami, FL
Teaching of graduate course entitled "Communication Skills".

1989-2000  Adjunct Professor, Miami Institute of Psychology, Miami, FL  Teaching the following
Doctoral courses in Neuropsychology:

> Fundamentals of Neuropsychology
> Neuropsychological Assessment
> Introduction to Neuropsychology
> Advance Neuropsychology
> Neuropsychological Rehabilitation

1995-1996  Lecturer, Department of Physical Therapy, Barry University, Miami Shores, FL.  Lecturer in a
graduate course entitled "Neuropsychology and Treatment Issues with the Neurologically
Impaired".

2000-2005  Adjunct Professor, Department of Psychology, Florida International University.
Teaching undergraduate and graduate level courses.

7. **THESIS AND DISSERTATION ADVISING:**

Member, Dissertation Committee, "Predictors of Dyadic Adjustment in Wives Whose Husbands Sustained
Closed Head Injuries".

Student: William Link
Department:  Counseling Psychology, University of Miami
Dissertation completed December, 1988

Member, Dissertation Committee, "Neuropsychological Assessment as a Treatment for Denial in Traumatic
Brain Injury".

Student:  Becky Olson
Department:  Psychology, University of Miami
Dissertation completed June, 1990

Chairperson, Dissertation Committee, "The Establishment of Adult Norms for the Spanish Wechsler Memory
Scale Revised".

Richard Allen Hamilton, Ph.D.
Page 5

Student:  Jesus Abilio Rodriguez
Department:  Psychology, Miami Institute of Psychology
Dissertation completed May, 1998

Chairperson, Dissertation Committee, "The Assessment of the Expression and Perception of Emotion in
Head Injured Adults".

Student:  Julieta Garcia
Department:  Psychology, Miami Institute of Psychology
Dissertation completed April, 1997

Member, Dissertation Committee, "A Componential Analysis of Attention/Concentration and Memory in
Adynamic and Disinhibited Head Injury Patients Participating in a Program of Cognitive Remediation".

Student:  Leo Shea
Department:  Psychology, Miami Institute of Psychology
Dissertation completed March, 1995

Member, Dissertation Committee, "Unawareness of Cognitive Deficits Subsequent to Traumatic Head Injury:
Etiology and Measurement".

Student:  Marianne R. Freeman
Department:  Psychology, Nova University
Dissertation completed April, 1993

Chairperson, Dissertation Committee, "Electroencephalographic Differences in the Head Injured Population
During Recreational Computing vs. Performance Oriented Computing".

Student:  Armando Hernandez
Department:  Psychology, Miami Institute of Psychology
Dissertation completed January, 1998

Chairperson, Dissertation Committee, "The Effects of Crack Cocaine on Human Memory".

Student:  Steven Strumwasser
Department:  Psychology, Miami Institute of Psychology
Dissertation completed April, 1994

Chairperson, Dissertation Committee, "Assessment of Problem Solving Skills for Traumatic Brain Injured
Adults".

Richard Allen Hamilton, Ph.D.
Page 6

> Student:  Rafael Duenas
> Department: Psychology, Miami Institute of Psychology
> Dissertation completed March, 1999

8.      **DEPARTMENT ADMINISTRATIVE AND COMMITTEE RESPONSIBILITIES:**

Clinical Director, Baptist Brain Injury Rehabilitation Programs
Member, Medical Rehabilitation Committee
Member, Quality Improvement Committee

9.      **EXTRA-DEPARTMENTAL ADMINISTRATIVE AND COMMITTEE RESPONSIBILITIES:**

Member, Medical Continuing Education Committee, Baptist Health
Chairperson, Continuing Psychological Education, Baptist Health
Chairperson, Insurance and Hospital Practice Committee, Miami Dade County
Psychological Association

**\*PART B: HONORS AND AWARDS**

10.     A.  Scientific presentations at national and international meetings:

Hamilton RA, & Walczak H:  An assertiveness group treatment program for community mental health centers.  Paper presented at the Florida Association for Behavior Analysis Annual Convention, Orlando, FL, September, 1981.

Hamilton RA, & Barone D, Katell A, & Caddy GR:  The work stress inventory:  Its development, psychometric properties and applications.  Paper presented at the Florida Association for Behavior Analysis Annual Convention, Orlando, FL, September, 1981.

Katell AD, Caddy GR, Pollak DR, Hamilton RA:  Health risk factor reduction:  Relaxation training, assertiveness training and cognitive restructuring in reducing job stress.  Paper presented at the Association for the Advancement of Behavior Therapy Annual Convention, Toronto, Canada, November, 1981.

Hamilton RA, Wolff JB, Donat D, & Herman S:  Behavioral strategies for increasing blood donor participation.  Paper presented at the Florida Psychological Association Annual Convention, Sarasota, FL, May, 1982.

Wolff JB, & Hamilton RA: Music:  A facilitative component to relaxation training.  Paper presented at the Florida Psychological Association Annual Convention, Sarasota, FL, May, 1982.

Richard Allen Hamilton, Ph.D.
Page 7

Hamilton RA, Ciminero AR, & Donat D:  Drug and Alcohol refusal training: A description of treatment. Paper presented at the Florida Psychological Association Annual Convention, Sarasota, FL, May, 1982.

Hamilton, RA, Wolff JB, Donat J, & Herman S:  A multi-faceted behavioral program for increasing blood donor participation:  Its implementation and direct replication.  Paper presented at the Association for the Advancement of Behavior Therapy Annual Convention, Los Angeles, CA, November, 1982.

Hamilton RA, Baron DF, Katell AD, & Caddy GR:  A behavioral assessment inventory for measuring work stress:  Its cross-validation and construct validity.  Paper presented at the Association for the Advancement of Behavior Therapy Annual Convention, Los Angeles, CA, November, 1982.

Hamilton RA, & Ciminero AR:  Relapse inoculation training and stress management with substance abusers. Paper presented at the American Psychological Association Annual Convention, Toronto, Canada, August, 1984.

Westie KS, McBride DC, Goldstein BJ, & Hamilton RA:  Pitfalls in drug abuse treatment of women: Depression equals dropout.  Paper presented at the American Psychological Association Annual Convention, Toronto, Canada, August, 1984.

Hamilton RA: The treatment of psychological sequelae of brain trauma and stroke.  Paper presented at "Innovative Strategies in Rehabilitation:  The Search for Function" sponsored by the Department of Orthopedics and Rehabilitation, University of Miami, Bal Harbour, FL, December, 1984.

Hamilton RA:  Social skills training with a brain injured adult:  A single subject design.  Paper presented  at American Psychological Association Annual Convention, Los Angeles, CA, August, 1985.

Hamilton RA:  Conversational skills training for brain injured adults.  Paper presented at the American Psychological Association Annual Convention, Los Angeles, CA, August, 1985.

Hamilton RA:  Microcomputers in the rehabilitation of brain injured adults.  Paper presented at "Innovative and Controversial Strategies in Rehabilitation III:  Technology and Technique" sponsored by the Department of Neurological Surgery, University of Miami, Bal Harbour, FL, December, 1985.

Hamilton RA:  Psychological sequelae and treatment of brain injury.  Paper presented at "Innovative and Controversial Strategies in Rehabilitation III:  Technology and Technique" sponsored by the Department of Neurological Surgery, University of Miami, Bal Harbour, FL, December, 1985.

Hamilton RA:  Communication skills training for the neurologically impaired; A behavioral approach.  Paper presented at the American Psychological Association Annual Convention, Washington, DC, August, 1986.

Hamilton, RA:  Effects of interpersonal skills training with a brain injured adult.  Paper presented at the American Psychological Association Annual Convention, Washington, DC, August, 1986.

Hamilton, RA:  Cognitive and behavioral retraining in mildly impaired brain injured adults.  Paper presented at, "Innovative and Controversial Strategies in Rehabilitation IV:  Research Practice" sponsored by the

Richard Allen Hamilton, Ph.D.
Page 8

Department of Neurological Surgery, University of Miami, Bal Harbour, FL, December, 1986.

Hamilton RA: Dementia and Depression: Cognitive and Psychological Assessment. Paper presented at "Management of the Elderly Patient" sponsored by the Department of Psychiatry, University of Miami School of Medicine and the University of Miami Center on Aging, Bal Harbour, FL, February, 1987.

Goldstein P, & Hamilton RA: Assessment of premorbid personality in neurological rehabilitation populations. Paper presented at the American Psychological Association Annual Meeting, New York, NY, August, 1987.

Hamilton RA, & Goldstein P: The effectiveness of the Shortened Category Test for assessing the severity of brain injury. Paper presented at the Southeastern Psychological Association Annual Convention, New Orleans, LA, April, 1988.

Hamilton RA, & Goldstein P: Work stress and staff burnout: Causes and cures. Paper presented at National Association of Rehabilitation Facilities Annual Conference, Dorado, Puerto Rico, June, 1988.

Hamilton RA: Cognitive retraining with the elderly: Myths and Methods. Invited address given at the Sixth Annual Workshop on Aging "New Directions in the Treatment of the Elderly". Miami Veterans Administration Medical Center, Miami, FL, June, 1988.

Olson B, Goldstein P & Hamilton RA: Neuropsychological assessment as a treatment for denial in traumatic brain injury. Paper presented at "Cognitive Rehabilitation: Community Reintegration Through Scientifically Based Practice" sponsored by the Medical College of Virginia, Virginia Commonwealth University, Richmond, VA, September, 1988.

Hess D, Goldstein P & Hamilton RA: Everyday problem-solving performance in patients with frontal lobe lesions secondary to traumatic brain injury. Paper presented at Cognitive Rehabilitation: "Community Reintegration Through Scientifically Based Practice" sponsored by the Medical College of Virginia, Virginia Commonwealth University, Richmond, VA, September, 1988.

Hamilton RA: Behavioral and emotional factors related to employment of the head injured. Paper presented at the symposium "Job Re-Entry for Survivors of Traumatic Brain Injury". The 1989 Annual Meeting of the President's Committee on Employment of People with Disabilities, Tampa, FL, May, 1989.

Hamilton RA: Behavioral sequelae to pediatric traumatic head injuries. Paper presented at the "National Trauma Conference" sponsored by the Miami Children's Hospital, Hotel Sofitel, Miami, FL, November, 1989.

Hamilton RA: Neuropsychological and emotional correlates of Multiple Sclerosis. Paper presented at "Multiple Sclerosis Update 1990" sponsored by the National Multiple Sclerosis Society, Fort Lauderdale, FL, March, 1990.

Hamilton RA: Behavioral sequelae and family reactions to Traumatic Head Injury. Paper presented at and sponsored by the American Association of Neuroscience Nurses Annual Convention, Miami, FL, April, 1990.

Richard Allen Hamilton, Ph.D.
Page 9

Hamilton RA & Valiente MS:  The use of behavioral contracting and response-cost procedures in the elimination of agitated behavior in a severely brain injured child.  Paper presented at "Advances and Treatment in Pediatric Neurological Disorders," sponsored by Mediplex Rehabilitation Corporation, Sarasota, FL, January, 1991.

Hamilton RA:  Group social skills training for brain injured adults.  Paper presented at "Cognitive Rehabilitation and Community Integration" sponsored by the Medical College of Virginia, Virginia Beach, VA, September, 1991.

Hernandez AF, Coello E, & Hamilton RA:  Denny-Brown and Chambers rejection behavior syndrome in a head injured adult: A case study.  Paper presented at the Seventh Annual Neuropsychology Conference: sponsored by the Hamot Institute for Behavioral Health, Erie, PA, May, 1992.

Hamilton RA:  Improving quality of life following a stroke.  Invited presentation at the South Florida Stroke Support group, sponsored by Baptist Hospital, Miami, FL, June, 1992.

Hernandez AF, Coello E, Lopez R, & Hamilton RA:  Behavior modification effects on human Kluver-Bucy like syndrome,  Paper presented at the European Meeting of the International Neuropsychological Society, Durham, England, July, 1992.

Hamilton RA:  Behavioral treatment of the agitated patient.  In-service lecture, Davis Center for Rehabilitation, Baptist Hospital, Miami, FL, July, 1992.

Hamilton RA:  Stress management for supervisors.  Seminar to Department Heads, Baptist Hospital, Miami, FL, July, 1992.

Hernandez AF, Coello E, & Hamilton, RA:  Efficacy of Computer Assisted Cognitive Retraining in a Kluver-Bucy like syndrome.  Paper presented at "Cognitive Rehabilitation and Community Integration Through Scientifically Based Practice" sponsored by the Medical College of Virginia, Richmond, VA, September, 1992.

Hamilton RA:  Managing as a single parent.  Invited presentation to the Single Parent Support Group, sponsored by Baptist Hospital, Miami, FL, October, 1992.

Hamilton RA:  Cognitive and behavioral rehabilitation of the traumatically brain injured.  Invited lecture at the Neurological Rehabilitation Grand Rounds, University of Miami/Jackson Medical Center, Miami, FL, November, 1992.

Hamilton RA & Pro, J:  Management of the chronic low back pain patient.  Invited lecture at the Neurological Rehabilitation Grand Rounds, University of Miami/Jackson Medical Center, Miami, FL, February, 1993.

Hamilton RA:  The role of case management in head injury rehabilitation.  Presentation given at Baptist Hospital's Annual Case Management Seminar Program, Miami, FL, April, 1993.

Richard Allen Hamilton, Ph.D.
Page 10

Hamilton RA: Neurobehavioral outcome of traumatic brain injury. Invited presentation by D-Sail, Miami, FL, May, 1993.

Hamilton RA: Communication and assertiveness at home and at work. Lecture given to the rehabilitation nursing department. Davis Center for Rehabilitation, Baptist Hospital, Miami, FL, July, 1993.

Hamilton RA: Interpersonal and guest relations: Crisis management. Seminar presented to the Emergency Room Department, sponsored by the Employee Assistance Program, Baptist Hospital, Miami, FL, September, 1993.

Hamilton RA: Dealing and living with loss. Invited lecture to the Amputee Support group, sponsored by Baptist Hospital, Miami, FL, September, 1993.

Hamilton RA: The neuropsychological substrate of agitated behavior. Paper presented at Baptist Hospital's First Annual Head Injury Symposium, Miami, FL, May, 1993.

Hamilton RA: Identifying and treating the long-term consequences in TBI. Paper presented at the Second Annual Brain Injury Symposium entitled "Highlights in TBI Management" Sponsored by HealthSouth Corporation and the University of Miami School of Medicine, Airport Hilton, Miami, FL, November, 1993.

Hamilton RA: Neuropsychological Dysfunction in the Brain-Injured Patient, and Neuropsychological Testing. Paper presented at the Second Annual Brain Injury Conference entitled "Concepts in Brain Injury Medical Management... The Continuum of Care", Baptist Hospital, Miami, FL, May, 1994.

Hamilton RA: Behavioral Sequelae and Treatment of Traumatic Brain Injury. Paper presented at the Mental Health Clinical Updates. Baptist Hospital, Miami, FL, October, 1994.

Hamilton RA: Neuropsychological Testing with Mild Brain Injury: The Malingerer vs. True Cognitive Impairment. Paper presented at the Third Annual Brain Injury Conference entitled "Concepts in Brain Injury Medical Management: Innovations in the 90's". Baptist Hospital, Miami, FL, May, 1995.

Hamilton RA: Assessment Issues in TBI. Paper presented at the Autism and TBI. "Advances in Identification, Assessment, and School Based Interventions". Conference sponsored by Dade County Public Schools. Miami, FL, September, 1995.

Hamilton RA: Post-concussion Syndrome: Fact or Fiction? Paper presented at the Mental Health Clinical Updates. Baptist Hospital, Miami, FL, March, 1996.

Hamilton RA: Memory Disorders Revisited. Paper presented at the Mental Health Clinical Updates. Baptist Hospital, Miami, FL, October, 1997.

Hamilton RA: Strategies to Improve Memory. Paper presented at the Miami Epilepsy Foundation, sponsored by the Brain Injury Association of Florida, Inc. Chase Federal Bank Building, Miami, FL, October, 1997.

Richard Allen Hamilton, Ph.D.
Page 11

Hamilton RA:  Differential diagnosis in Malingering and Conversion Disorder.  Paper presented at  the Miami Institute of Psychology.  Miami, FL, February, 1998.

Hamilton RA:  What is your E.Q.? Rehabilitation of your Emotional Intelligence Following Traumatic Brain Injury.  Paper presented at the Sixth Annual Brain Injury Conference.  Baptist Hospital, Miami, FL, November, 1998.

Hamilton RA:  Unawareness of Cognitive Deficits Following TBI: Etiology, Measurement and Treatment. Paper presented at the Fourth Annual Professional Education Conference entitled "After TBI: Strategies for Living", sponsored by the Brain Injury Association of Florida.  Miami, FL, April, 1999.

Hamilton RA:  How to Improve Your EQ: The Role of Emotional Intelligence in Physician/Patient Relationships.  Paper presented at the Mental Health Clinical Update, sponsored by Baptist Health Systems' Psychiatry and Psychology Divisions.  Baptist Hospital, Miami, FL, January, 2000.

Hamilton RA:  What's Your Child's EQ? Sponsored by Baptist Children's Hospital.  Baptist Hospital, Miami, FL, August, 2000.

Hamilton RA:  The Crisis Interview: The Mental Status Examination and Suicidology.  Paper presented at the Psychology Conference entitled "An Overview of the On-call Process".  Baptist Hospital, Miami, FL, December, 2000.

Hamilton RA:  Evaluation and Treatment of Frontal Lobe Disorders.  Paper presented at the Mental Health Clinical Update. Baptist Hospital, Miami, FL, April, 2001.

Hamilton RA:  "Phineas Gage, Where Are You Now?" Frontal Lobe Dysfunction Revisited.  Paper presented at the Seventh Brain Injury Conference entitled "New Frontiers in the Management of Traumatic Brain Injury.  Sponsored by the Davis Center for Rehabilitation at Baptist Hospital, Miami, FL, September, 2001.

Hamilton RA:  Cognitive and Behavioral Sequelae to Stroke:  Assessment and Treatment.  Paper presented at the Annual Stroke Conference 2002, sponsored by the American Stroke Association.  South Miami Hospital, Miami, FL, May, 2002.

Hamilton RA:  Conversion Hysteria-A Neuropsychological Perspective.  Paper presented at the Mental Health Clinical Update.  Baptist Hospital, Miami, FL, March, 2003.

Hamilton RA:  Neuropsychological Sequelae of Anoxic Encephalopathy.  Presentation given at the Ninth Annual Brain Injury Symposium entitled "New Dimensions in Brain Injury Rehabilitation".  Baptist Hospital, Miami, FL, September, 2003.

Hamilton RA:  Mock Neuropsychology Deposition.  Presentation given at the Ninth Annual Brain Injury Symposium entitled "New Dimensions in Brain Injury Rehabilitation".  Baptist Hospital, Miami, FL, September, 2003.

Hamilton, RA: Improving the Emotional Intelligence of Children with TBI.  Presentation given at Baptist

Richard Allen Hamilton, Ph.D.
Page 12

Hospital's Tenth Annual Brain Injury Symposium, Miami Beach, FL, September, 2004.

Hamilton, RA: Mock Rehabilitation Staffing Presentation.  Given at Baptist Hospital's Tenth Annual Brain Injury Symposium.  Miami Beach, FL, September, 2004.

Hamilton, RA: Mild TBI: Disability, Distress or Deception.  Presentation given at Baptist Hospital's Eleventh Annual Brain Injury Symposium.  Miami Beach, FL, October, 2005.

Hamilton, RA: Mild Traumatic Pediatric Brain Injury with Severe Outcomes.  Presentation given at "Brain Injuries", a conference sponsored by The Brain Injury Association of America.  Orlando, FL, May, 2007.

Hamilton, RA: Approaches to Learning and Treatment for Children with Cognitive Deficits.  Presentation given at "Brain Injuries", a conference sponsored by The Brain Injury Association of America.  Orlando, FL, May, 2007.

Hamilton, RA: Conversion Hysteria, Dissociative Amnesia and Malingering: Fact, Fiction, or Fraud.  Presentation given at Baptist Hospital's Thirteenth Annual Brain Injury Symposium.  Miami Beach, FL, September, 2007.

Hamilton, RA: The Emotional and Behavioral Sequelae to TBI.  Presentation given at "Brain Injuries", a conference sponsored by The Brain Injury Association of America.  Orlando, FL, April, 2008.

Hamilton, RA: Amnestic Disorders: An Overview.  Presentation given at Baptist Hospital's Seventh Annual Primary Care Focus Symposium.  Hawks Cay, Duck Key, FL, June, 2008.

Hamilton, RA: Social Skills Training for Traumatic Brain Injury.  Presentation given at Baptist Hospital's Fourteenth Annual Brain Injury Symposium. Miami Beach, FL, October, 2008.

Hamilton, RA: An Overview of Human Memory in Amnesic Disorders.  Presentation given at Baptist Hospital's Fifteenth Annual Brain Injury Symposium.  Miami, FL, October, 2009.

Hamilton, RA: Assessment and Treatment of Anxiety and Depression: A Primary for Primary Care Physicians.  Presentation given at Baptist Hospital's Ninth Annual Primary Care Focus Symposium.  Hawks Cay, Duck Key, FL, June, 2010.

Hamilton, RA: The Application of Behavior Modification in the Rehabilitation of Children with TBI.  Presentation given at Baptist Hospital's Sixteenth Annual Brain Injury Symposium.  Miami Beach, FL, October, 2010.

Hamilton, RA: Frontal Lobe Dysfunction after Traumatic Brain Injury.  Presentation given at Baptist Hospital's Seventeenth Annual Brain Injury Symposium.  Coconut Grove, FL, September, 2011.

Hamilton, RA: Sports Concussion: Assessment and Management. Presentation given at Baptist Hospital's Eighteenth Annual Brain Injury Symposium.  Miami, FL, October, 2012.

Hamilton, RA: Managing Depression Following Traumatic Brain Injury.  Presentation given at Baptist

Richard Allen Hamilton, Ph.D.
Page 13

Hospital's Nineteenth Annual Brain Injury Symposium.  Miami, FL, October, 2013.

Hamilton, RA: Assessment and Management of Sports Related Concussions.  Presentation given at the Sports medicine Conference, Doctor's Hospital, Coral Gables, FL, August, 2014.

Hamilton, RA: Understanding the Interface of Posttraumatic Stress Disorder and Mild Traumatic Brain Injury.  Presentation given at Baptist Hospital's Twentieth Annual Brain Injury Symposium. Miami, FL, October, 2014.

Hamilton, RA: Amnestic Syndromes.  Presentation given at Baptist Hospital's Twenty-First Annual Brain Injury Symposium. Miami, FL, October, 2015.

Hamilton, RA: Behavioral Management of Traumatic Brain Injury.  First Neurosurgery Conference Cuba-USA, sponsored by The Cuban Society of Neurology and Neurosurgery.  Havana, Cuba, November, 2015.

Hamilton, RA: Factors that may predict a Protracted Recovery Following Pediatric Concussion. Presentation given at the 22nd Annual Brain Injury Symposium, Miami, FL, October, 2016.

**B.**     **Invited outside lectureships:**

Hamilton RA:  Behavioral strategies for increasing adherence to medical regimes.  Seminar presentation at the Jackson Memorial Rehabilitation Center, Miami, FL, June, 1982.

Hamilton RA:  Cognitive retraining:  Implications and reservations.  Invited lecture presented to Departments of Occupational and Physical Therapy, Jackson Memorial Hospital, Miami, FL, April, 1983.

Hamilton RA:  Memory assessment for brain-injured adults.  Seminar presented to Department of Work Evaluation, Jackson Memorial Hospital, Miami, FL, April, 1983.

Hamilton RA:  Psychological interventions with the stroke victim.  Community presentation sponsored by the Department of Speech Pathology, University of Miami Mailman Center, Miami, FL,  May, 1983.

Hamilton RA:  The role of the psychologist within a rehabilitation center.  Presenter in workshop titled "Modern Concepts of the Rehabilitation Process for Nurses".  Jackson Memorial Hospital, Miami, FL, May, 1983.

Hamilton RA:  Neuropsychological investigation in traumatic brain injury.  Seminar presented to the Department of Rehabilitation Psychology, University of Miami/Jackson Medical Center, Miami, FL, September, 1983.

Hamilton RA:  Overview of traumatic brain injury rehabilitation.  Invited lecture to Miami Association of Communication Sciences and the Florida Speech, Hearing and Language Association, Coral Gables, FL, October, 1993.

Hamilton RA:  The interface between neuropsychological assessment and function.  Invited lecture presented

Richard Allen Hamilton, Ph.D.
Page 14

to HRS Office of Vocational Rehabilitation, Victoria Hospital, Miami, FL, February, 1984.

Federer D, & Hamilton RA:  Stress management for nurses.  Workshop presented at "Frontiers in Cancer Nursing" sponsored by the Comprehensive Cancer Center for the State of Florida, Miami, FL,  July, 1984.

Hamilton RA:  Group Treatment:  Theory and techniques.  Workshop presented at Miami Association of Communication Sciences and the Florida Speech, Hearing and Language Association, Cedars of Lebanon Hospital, Miami, FL, October, 1984.

Hamilton RA:  Diagnosis, remediation and management of cognitive and behavioral problems in adults with severe head trauma.  Invited lecture at "Medical Aspects of Physical Disabilities", sponsored by the Metropolitan Dade County Department of Human Resources, Miami, FL, January, 1985.

Hamilton RA:  Cognitive retraining and computer-assisted techniques.  Invited address given to the Department of Rehabilitation Medicine, Miami Veterans Administration Hospital, Miami, FL, January, 1985.

Hamilton RA:  Recent developments in the management of cognitive and psychological consequences of brain injury.  Invited presentation at "First Annual Rehabilitation Conference" sponsored by the Florida Association of Rehabilitation Providers, Hollywood, FL, May, 1985.

Hamilton RA:  The diagnosis of conversion hysteria.  Seminar presented to Department of Rehabilitation Psychology, University of Miami/Jackson Memorial Medical Center, Miami, FL, October, 1985.

Hamilton RA:  Skills training for brain injured patients.  Colloquium given to Department of Psychology, Nova University, Ft. Lauderdale, FL, November, 1985.

Hamilton RA:  Differential diagnosis of mamillo-thalamic and hippocampus amnesic syndromes.   Seminar presented to the Department of Rehabilitation and Psychology, University of Miami/Jackson Memorial Medical Center, Miami, FL, November, 1985.

Hamilton RA:  Sequelae of traumatic brain injury:  Cognitive and behavioral perspectives.  Invited  address given to the Office of Vocational Rehabilitation, Department of Health and Rehabilitative Services, Victoria Hospital, Miami, FL, December, 1985.

Hamilton RA:  Neuropsychological assessment:  What, When and Why.  Invited lecture to the Florida Department of Vocational Rehabilitation, Victoria Hospital, Miami, FL, December, 1985.

Hamilton RA:  Applications of stress management and behavior therapy.  Seminar presented to Rehabilitation Counseling Services, Inc., Hollywood, FL, February, 1986.

Hamilton RA:  The dividends of rehabilitation after head injury.  Invited addresses given to the Rehabilitation Center, Baptist Hospital, Miami, FL, March, 1986.

Hamilton RA:  Sequelae of head injury.  Seminar presented at "Rehabilitation of Traumatic Brain Injured Individuals", sponsored by the State of Florida Department of Health and Rehabilitative   Services, Miami, FL, July, 1986.

Richard Allen Hamilton, Ph.D.
Page 15

Hamilton RA:  Cognitive, behavioral and emotional treatment interventions with the traumatically brain injured.  Seminar presented at "Rehabilitation of Traumatic Brain Injured Individuals", sponsored by the State of Florida Department of Health and Rehabilitative Services, Miami, FL, July, 1986.

Hamilton RA:  How to determine vocational rehabilitation eligibility for head injured individuals. Seminar presented at "Rehabilitation of Traumatic Brain Injured Individuals", sponsored by the State of Florida Department of Health and Rehabilitative Services, Miami, FL, July, 1987.

Hamilton RA:  The usefulness of neuropsychological testing in the vocational evaluation of the neurologically impaired.  Invited address given to Jewish Vocational Service, Miami, FL, February, 1987.

Hamilton RA:  The neuropsychological assessment and psychological treatment of seizure disorders.  Seminar presented to the Epilepsy Foundation, Miami, FL, March, 1987.

Hamilton RA:  Behavioral correlates of frontal lobe dysfunction.  Grand Rounds presentation to the Department of Psychological and Behavioral Medicine, University of Miami/Jackson Medical Center, Miami, FL, November, 1987.

Hamilton RA:  Alzheimer's dementia and depression:  Differential diagnosis.  Grand Rounds presentation to the Department of Psychology and Behavioral Medicine, University of Miami/Jackson Medical Center, Miami, FL,  January, 1988.

Hamilton RA:  Cognitive remediation: Where are we?  Where are we going?  Invited address presented to the Psychology Service and Department of Rehabilitative Medicine, Miami Veterans Administration Hospital, Miami, FL, March, 1988.

Hamilton RA:  Long term neurobehavioral consequences of traumatic brain injury.  Invited lecture  to the Department of Continuing Medical Education, North Shore Medical Center, Miami, FL, April 22, 1988.

Hamilton RA:  Effective interdisciplinary brain injury interventions.  Invited lecture presented to the Dade Association of Rehabilitation Nurses sponsored by Health South Rehabilitation Corporation, Miami, FL, August, 1988.

Hamilton RA:  Stress management, time management and assertiveness training for the rehabilitation professional.  Invited presentation to Employee Rehabilitation Services, Inc., Sanibel, FL, September, 1988.

Hamilton RA:  Psychological Aspects of Rehabilitation.  Invited presentation at the conference "Brain and Bones:  Journey to Rehab.", sponsored by the Ortho-Rehab-Neuro Hospital Center, Jackson Memorial Hospital, Omni International Hotel, Miami, FL, October, 1988.

Hamilton RA:  Time management.  Seminar presented to the Broward Association of Rehabilitation Nurses sponsored by HealthSouth Rehabilitation Corporation, Plantation, FL, November, 1988.

Hamilton RA:  Conversion reaction versus Malingering, Grand Rounds presentation to the Department of Psychology and Behavioral Medicine, University of Miami/Jackson Medical Center, Miami, FL, February, 1989.

Richard Allen Hamilton, Ph.D.
Page 16

Hamilton RA:  Stress Management.  Invited presentation to the Florida Association of Self Insurance Eighth Annual Convention, Breakers Hotel, Palm Beach, FL, May, 1989.

Hamilton RA:  Pediatric head injury rehabilitation; assessment and treatment.  Invited lecture to the Department of Rehabilitation, Miami Children's Hospital, Coral Gables, FL, June, 1989.

Hamilton RA:  Treatment of the post-concussion headache.  Seminar sponsored by the Miami Rehabilitation Institute, Coral Gables, FL, July, 1989.

Hamilton RA:  Acute care traumatic brain injury rehabilitation.  Invited lecture to the microsurgery medical staff, Mercy Hospital, Miami, FL, July, 1989.

Hamilton RA:  Stress and time management for the professional.  Seminar sponsored by the Miami Rehabilitation Institute, Coral Gables, FL, July, 1989.

Hamilton RA:  Holding the pieces together:  psychologically speaking.  Invited presentation at the conference entitled, "Brains and Bones: Journey to Rehab (Part II)" , sponsored by the Ortho-Rehab-Neuro Hospital Center, Omni International Hotel, Miami, FL, October, 1989.

Hamilton RA:  Head trauma rehabilitation relating to speech and language impairment.  Invited seminar sponsored by The Florida Diagnostic and Learning Resources System, Miami, FL, March, 1990.

Hamilton RA:  Neurological impairment and sexual dysfunction:  Assessment and treatment.  Invited seminar presented at the Florida Claims Association Annual Convention, Sheraton Royal Biscayne, Miami, FL, May, 1990.

Hamilton RA:  Multiple Sclerosis and the family:  Invited presentation sponsored by the National Multiple Sclerosis Society, South Florida Chapter, Baptist Hospital,  Miami, FL, January, 1992.

Hamilton RA:  Substance abuse and traumatic brain injury:  Treatment issues and complications.  Paper presented at the FEISCO Annual Conference, Sarasota, FL, October, 1992.

Hamilton RA:  Psychological and psychosocial factors affecting physical illness.  Paper presented   at the South Florida Case Management Annual Conference, Radisson Mart Plaza Hotel, Miami, FL, November, 1992.

Hamilton RA:  Neuropsychology and the family.  Paper presented at the First Annual Brain Injury Symposium, sponsored by HealthSouth Rehabilitation Corporation, Radisson Mart Plaza Hotel, Miami, FL, November, 1992.

Hamilton RA:  Neuropsychological substrate of agitated behavior.  Paper presented at Baptist Hospital's First Annual Head Injury Symposium, Miami, FL, May, 1993.

Hamilton RA:  Developing Positive Coping Strategies for Living with a Chronic Illness.  Paper presented at the Arthritis Foundation entitled, "A.C.H.E. Arthritis Can Hit Everyone", sponsored by the Arthritis Foundation, South Miami Hospital, Miami, FL, September, 1993.

Richard Allen Hamilton, Ph.D.
Page 17

Hamilton RA: Identifying and treating the long term consequences in TBI. Paper entitled, "Highlights in TBI Management", presented at the Second Annual Brain Injury Symposium, sponsored by HealthSouth Corporation and the University of Miami School of Medicine, Airport Hilton, Miami, FL, November, 1993.

Hamilton RA: Discussion of psychological adjustment issues which frequently affect people having chronic diseases. Paper presented at the Arthritis Foundation. Baptist Hospital, Miami, FL, November, 1993.

Hamilton RA: Stress Management. Paper presented at the Ocean Reef Health Fair, sponsored by Baptist Health Systems. Key Largo, FL, January, 1994.

Hamilton RA: Mental Health Training Workshop. Paper entitled "Rehabilitation Services and Issues Related to Traumatic Brain Injured Persons". Sunrise, FL, January, 1994.

Hamilton RA: Terminology in Behavior Management. Paper presented at the Baptist Hospital Brain Injury In-service. Miami, FL, April, 1994.

Hamilton RA: Case Management of the Pediatric Brain Injured Patient... The Big Picture. Paper presented at the Brain Injury Seminar for Case Managers. Baptist Hospital of Miami, Miami, FL, May, 1994.

Hamilton RA: Brain/Head Injury/Trauma. Paper entitled "Brain Injury; who gets it, how and why it happens, it's manifestations; and what can be done to manage, prevent and/or treat it", presented at the State of Florida Department of Labor and Employment Security, Miami, FL, July, 1994.

Hamilton RA: Family Dynamics in the Rehab. Setting, Paper presented at the Davis Center for Rehabilitation Continuing Education In-service. Baptist Hospital, Miami,, FL, September, 1994.

Hamilton RA: Presentation for Professional Secretaries Network. Paper entitled "How to Cope With Stress", presented at Baptist Hospital of Miami, Miami, FL, October, 1994.

Hamilton RA: Relaxation Techniques for Managing Stress. Paper presented at Baptist Hospital Women's Health Resource Center. Baptist Hospital, Miami, FL, November, 1994.

Hamilton RA: Living and Coping with Multiple Sclerosis. Paper presented at the National Multiple Sclerosis Society. Miami, FL, November, 1994.

Hamilton RA: Assertiveness and dealing with patients and co-workers effectively. Paper presented at Baptist Hospital of Miami, sponsored by Baptist Hospital Employee Assistance Program, Miami, FL, March, 1995.

Hamilton RA: Case Management Seminar. Paper entitled "Health Care Induced Disability", presented at Baptist Hospital of Miami, Miami, FL, April, 1995.

Hamilton RA: Baptist Hospital Brain Injury Program. Paper entitled "Executive Functions Tests", presented at the Brain Injury Program In-service. Miami, FL, April, 1995.

Hamilton RA: Dade Association of Rehabilitation Nurses. Paper entitled "The Relaxation Response", presented at Baptist Hospital of Miami. Miami, FL, May, 1995.

Richard Allen Hamilton, Ph.D.
Page 18

Hamilton RA: Life After Loss…Moving ahead after the death of a loved one. Paper presented at Baptist Hospital of Miami, sponsored by Senior Services Department. Miami, FL, October, 1995.

Hamilton RA: Brain Injury In-service Meeting. Paper presented at Baptist Hospital of Miami entitled "Effective Management of the Agitated Patient". Miami, FL, November, 1995.

Hamilton RA: Baptist Health Systems of South Florida Senior Services Department. Paper presented at The Women's Health Resource Center entitled "Why Can't I Remember? Practical tips for improving your memory". Miami, FL, February, 1996.

Hamilton RA: Strengthening the Family Through the Generations. Paper entitled "Geriatrics", presented at Baptist Health Systems First Annual Social Work Conference. Miami, FL, March, 1996.

Hamilton RA: Senior Service Program. Paper presented at Baptist Hospital of Miami entitled "Why Can't I Remember". Miami, FL, May, 1996.

Hamilton RA: Case Management Seminar. Paper presented at Baptist Hospital of Miami entitled "Post Traumatic Stress Disorder". Miami, FL, May, 1996.

Hamilton RA: Why Can't I Remember - A Look at Memory Loss. Paper presented at The University of Miami, sponsored by The Institute for Retired Professionals. Miami, FL, September, 1996.

Hamilton RA: "Cognitive Retraining Part I and Part II. Paper presented at Davis Center for Rehabilitation Brain Injury In-service. Baptist Hospital of Miami,. Miami, FL, June, 1997.

Hamilton RA: Baptist Health Systems of South Florida. Paper presented at Baptist Hospital of Miami entitled "Strategies for Remembering". Miami, FL, July, 1997.

Hamilton, RA: Unmasking HealthCare. Paper entitled "System and patient variables contributing to the disgruntled employee", presented at the South Florida Case Management Network, Ft; Lauderdale, FL, October, 1997.

Hamilton RA: The Diagnosis and Treatment of Conversion Hysteria: An Overview. Paper presented at the Dade County Psychological Association Meeting. Miami, FL, November, 1997.

Hamilton RA: Brain Injury Rehabilitation; an Overview". Paper presented at The Davis Center for Rehabilitation at Baptist Hospital of Miami, Sunrise, FL, July, 1998.

Hamilton RA: Forget Worrying About Remembering. Paper presented at Baptist Hospital of Miami, sponsored by The Senior Services Department. Miami, FL, October, 1998.

Hamilton RA: Cognitive Problems Following a Stroke and Ways to Cope with it. Paper presented at the Stroke Support Group Meeting, Baptist Hospital of Miami, November, 1998.

Hamilton RA: Strategies To Improve Your Memory. Paper presented at Baptist Hospital of Miami, sponsored by The Senior Services Department. Miami, FL, October, 1999.

Richard Allen Hamilton, Ph.D.
Page 19

Hamilton RA:  Memory Improvement Techniques.  Paper presented at Baptist Hospital of Miami, sponsored by The Senior Services Department.  Miami, FL, February, 2000.

Hamilton RA:  Forget Worrying About Remembering.  Paper presented at Baptist Hospital of Miami, sponsored by The Senior Services Department.  Miami, FL, March, 2000.

Hamilton RA:  Executive Functioning".   Paper presented at The Dade Association of Rehabilitation Nurses Presentation.  South Miami Hospital, Miami, FL, February, 2001.

Hamilton RA:  Brain Aerobics: Techniques for Improving Your Memory.  Paper presented at Baptist Hospital's Women's Health Resource Center.  Miami, FL, September, 2003.

Hamilton RA:  What's Your Child's EQ.  Presentation given at Baptist Hospital of Miami, sponsored by Baptist Children's Hospital.  Miami, FL, January, 2004

Hamilton RA:  Multifaceted Memory: Identification, Assessment and Management.  Paper presented at The Brain Injury - Advanced In-service, sponsored by Miami Dade County Public Schools.  Miami, FL, March, 2004.

Hamilton RA:  Neuropsychological Assessment Following Stroke.  Presentation given at the Sixth Annual Stroke Management Conference, sponsored by The American Heat Association, South Miami, FL, May, 2004.

Hamilton RA: Sports Concussion Assessment and Return to Play. Presentation given at "Game Day Pearls" Program sponsored by Doctors Hospital, Center for Orthopedics and Sports Medicine, Coral Gables, FL, August, 2009.

Hamilton RA: Advances in Sports Concussion Management and Return to Play.  Presentation given at "Game Day Pearls" Program sponsored by Doctor's Hospital, Center for Orthopedics and Sports Medicine, August, 2010.

Hamilton, RA: An Update on Concussion Management for Neurologists and Neurosurgeons.  Presentation given at Baptist Hospital Neuroscience Center, Miami, FL, June 2015.

Hamilton, RA: Management of Sports-Related Concussions.  Presentation given at UHZ Sports Medicine Institute, Doctor's Hospital.  Coral Gables, FL, August, 2015.

Hamilton, RA: Assessment and Management of Pediatric Concussions.  Presentation given at Pediatric Emergency Room Conference Series, Baptist Hospital.  Miami, FL, August, 2015.

Currier, B, Moreno, A, and Hamilton, R: A Clinical Model to Diagnose and Manage Cancer Related Cognitive Dysfunction.  Academy of Consultation – Liaison Psychiatry Annual Meeting.  Orlando, FL, November, 2018.

Richard Allen Hamilton, Ph.D.

Page 20

**C.**     **Society memberships and offices**

American Psychological Association,
Division 40, Clinical Neuropsychology
Florida Psychological Association
National Academy of Neuropsychology
Miami-Dade County Psychological Association

American College of Professional Neuropsychology (Associate)
American Academy of Neurology (Affiliate)

**D.**     **Consultantships**

State of Florida Department of Health and Rehabilitation Services
HealthSouth Rehabilitation Corporation
Baptist Hospital of Miami
Miami-Dade County Public Schools

11.     **OTHER PROFESSIONAL ACTIVITIES:**

Head Injury Site Reviewer, Florida Department of Health, Brain and Spinal Cord Injury Program  (June, 1989 to present).

Editor, "Head Injury Update",  Published quarterly by HealthSouth Press, Miami, FL  (August, 1989 to December, 1991).

Member, Employment Advisory Committee, Epilepsy Foundation of South Florida  (February 1994 to 1996).

**\*PART C:  BIBLIOGRAPHY**

1.     **SCIENTIFIC ARTICLES IN REFEREED JOURNALS:**

Hamilton RA:  Conversational Skills training for brain injured adults.  Dissertation Abstract, 1986.

Hamilton RA:  Communication skill training for the neurologically impaired: A behavioral approach.  The Clinical Neuropsychologist, Vol. 1, No. 1, 77-78,  1987.

Barone DF, Caddy GR, Katell AD, Roselione FB, & Hamilton RA:  The work stress inventory: Organizational stress and job risk.  Educational and psychological Measurement, Vol. 48, 141-154, 1988.

Hamilton RA:  Behavioral sequelae to traumatic head injury.  Head Injury Update, Vol. I, 1-4, 1989.

Gass CS, Russell EW & Hamilton RA:  Accuracy of MMPI - based inferences regarding memory and concentration in closed head injury patients.  Psychological Assessment:  A Journal of Consulting and Clinical Psychology, Vol. 2, No. 2, 175-185, 1990.

Richard Allen Hamilton, Ph.D.
Page 21

Hamilton RA:  Memory impairment following traumatic head injury.  Head Injury Update, Vol. 2, No.3, 3-4, 1990.

Hamilton, RA: Assessment and Treatment of Anxiety and Depression: A Primer for Medical Professionals. Audio-Digest Internal Medicine, Vol. 57, Is. 19, October 7, 2010.

Hamilton, RA: Frontal Lobe Dysfunction After Traumatic Brain Injury.  Audio-Digest Neurology, Vol. 3, Is.

1, January 7, 2012.

Hamilton, RA: Assessment and Management of Sports Concussions. Audio-Digest Neurology, Vol. 4, Is. 23, December 7, 2013.

Hamilton, RA: Post-Traumatic Stress Disorder and Mild Traumatic Brain Injury.  Audio-Digest Neurology, Vol. 6, Is. 5, March 7, 2015.

Hamilton, RA: Amnestic Disorders.  Audio-Digest Neurology, Vol. 7, Is. 8, April 21, 2016.

Hamilton, RA: Pediatric Concussion.  Audio-Digest Neurology, Vol 8, Is. 4, February 21, 2017.

2.      **BOOKS AND BOOK CHAPTERS:**

Hamilton RA, & Walczak H:  An assertiveness group treatment manual.  Ft. Lauderdale, FL:  Nova University, Copyright  1980.

Hamilton RA, Barone DF, Katell AD, Caddy GR:  The Work Stress Inventory.  Ft. Lauderdale, FL:  Nova University, Copyright  1981.

Hamilton RA, & Federer DP:  Work stress treatment program:  Facilitator's guide.  Ft. Lauderdale, FL: Nova University, Copyright 1981.

Stone RE, & Hamilton RA:  Laryngectomee rehabilitation in a group setting.  In J.D. Shanks (Ed.), Seminars in Speech and Language.  New York: Thieme, Inc., 1986.

Hamilton RA:  Hamilton Job Stress Index, Miami, FL Copyright  1986.

3.      **OTHER PROFESSIONAL ITEMS:**

Hamilton RA:  A functional analysis of anxiety:  Clinical implication.  Unpublished manuscript, Nova University, Ft. Lauderdale, FL, 1979.

Hamilton RA:  Depression outcome studies:  A review of the literature.  Unpublished manuscript, Nova University, Ft. Lauderdale, FL, 1980.

Richard Allen Hamilton, Ph.D.

Page 22

Hamilton RA:  Behavioral strategies for improving medical treatment adherence:  A selective review. Unpublished manuscript, Nova University, Ft. Lauderdale, FL, 1981.

Hamilton RA:  Work Stress:  A review of the literature.  Unpublished manuscript, Nova University, Ft. Lauderdale, FL, 1982.

Hamilton RA:  Traumatic brain injury:  A review of the literature.  Unpublished manuscript, University of Miami/Jackson Medical Center, Miami, FL, 1985.

4.      **DISSERTATION:**

Hamilton RA:  Conversational skills training for brain injured adults.  Dissertation paper, July, 1985. Chairperson:  Nathan H. Azrin, Ph.D.

5.      **WORKSHOPS:**

Hamilton RA:  "The Identification and Treatment of Stress",  University of Miami, Coral Gables, FL  1981.

Ciminero AR, & Hamilton RA:  "Stress and Time Management for Executives".  Norwegian Cruse Line, Miami, FL, December, 1985.

Ciminero AR, & Hamilton RA:  Conducted Wellness Program aboard Pacquet Lines Cruise Ship, March, 1986.

Hamilton RA:  "Malingering, Conversion Hysteria and Psychosomatic Illness:  Diagnosis and Treatment". Miami Rehabilitation Institute, Coral Gables, FL, February, 1989. (C.E.U.'s given).

Hamilton RA:  "Psychotherapeutic Interventions for Neurological Injuries".  Miami Rehabilitation Institute, Coral Gables, FL, September, 1989. (C.E.U.'s given).

Hamilton RA:  "Head Trauma Rehabilitation:" Overview and Future Directions"  Lee Memorial Hospital Rehabilitation Center, Fort Myers, FL, October, 1989. (C.E.U.'s given).

Hamilton RA and Volker M:  "Human Sexuality:  Physical and Neurological Disorders".  HealthSouth Regional Rehabilitation Center, Miami, FL, March, 1990. (C.E.U.'s given).

Hamilton RA:  "Memory Disorders:  Assessment and Treatment".  Miami Rehabilitation Institute, Coral Gables, FL, February, 1991. (C.E.U.'s given).

Hamilton RA:  "Stress Management Following Hurricane Andrew".  Sponsored by the Employee Assistance Program, Baptist Hospital, Miami, FL, September - December, 1992; July, 1993.

Hamilton RA:  "Team building and improving communication skills".  Joslin Diabetes Center, Baptist Hospital, Miami, FL, March - April, 1993.

Richard Allen Hamilton, Ph.D.

Page 23

Hamilton RA:  "Neuropsychological testing: Everything you wanted to know but were afraid to ask". Workshop given to the following insurance companies:  Gallagher Basset Services; Continental Loss Adjusting; The Travelers, sponsored by HealthSouth Rehabilitation Corporation, Miami and Ft. Lauderdale, FL, February - May, 1993 (C.E.U.'s given).

Hamilton RA:  "Stress and pain management for a work hardening program".  Workshop given at HealthSouth of Kendall, Miami, FL, April, 1993.

Hamilton RA: Fundamentals of Brain Trauma In Florida.  One-Day Workshop given to attorneys, sponsored by Lorman Educational Services, Miami, FL, April 13, 2005.

Hamilton RA: Human Memory: Exploration and Application.  Presentation given at Baptist Hospital's Mental Health Conference Series, Miami, FL, May, 2005 (C.M.E.'s given).

Hamilton RA: Improving Emotional Intelligence Following Traumatic Brain Injury.  Workshop given at "Brain Injuries", a conference sponsored by The Brain Injury Association.  Orlando, FL, April, 2008.

Hamilton RA: Sports Concussion Assessment, Management and Return to Play Protocol.  Workshop given to Miami-Dade County Public School Athletic Trainers. Sponsored by Doctor's Hospital, Center for Orthopedics and Sports Medicine. Miami FL, September, 10, 2012.

Hamilton, R.A.: Assessment and Management of Sports Related Concussion: A Coaches Clinic, sponsored by the Orange Bowl Committee and Baptist Health, Miami, FL, September, 2013.

Hamilton RA:  Coaches and Parents Workshop for Sports Related Concussions, sponsored by the Gray Ghosts Youth Football League, South Miami, FL, August 2015.