UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21914-CIV-SCOLA

CHARLENE MAJOR,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

**MOTION IN LIMINE –
NO EMPTY CHAIR ARGUMENT
THAT NON PARTIES ARE AT FAULT**

Plaintiff, by and through her undersigned counsel, hereby moves in limine with regard to any reference or argument of an "empty chair" position asserting that non parties are at fault and state as follows:

1. Defendant may assert an "empty chair" argument in opening statement, closing statement, or testimony that would seriously prejudice this proceeding. Defendant has asserted a "third party fault" affirmative defense, to wit: "Plaintiff's injuries and damages, if any, were caused solely by the conduct of third persons not subject to the control, direction, or supervision of Carnival and for which Carnival cannot be held liable." (DE 8, Second Affirmative Defense.)

2. An "empty chair" argument is distinct from a "*Fabre*" argument in that an empty chair argument advances the position that a non-party is the sole proximate cause of plaintiff's harm. The non-party in the empty chair scenario is not placed on the verdict form. *See, e.g. McGuee v. Stihl, Inc.,* 2011 WL 6130, 417 (D. N. J. 2011).

3. A "*Fabre* defendant" meanwhile is recognized as a non-party, non-intentional tortfeasor, who is placed on the jury verdict form for purposes of apportionment of fault by the

1

jury.  *See, Fabre v. Marin*, 623 So.2d 1182 (Fla. 1993); *Nash v. Wells Fargo Guard Services, Inc.*, 678 So.2d 1262 (Fla. 1996).

4. Additionally, negligent security cases in Florida fall within the holding of *Merrill Crossings Associates v. McDonald*, 705 So. 2d 560, 563 (Fla. 1997), in which the Florida Supreme Court announced: "Because we hold that section 768.81 is not applicable to the instant case, it was not error to exclude the intentional tortfeasor from the verdict form."

5.  In the instant case the Defendant should be prohibited from arguing an "empty chair" position asserting that non parties were solely to blame.  Furthermore, other non-parties should likewise not be part of an empty chair argument as there is no evidence to support any such argument.

WHEREFORE, the Plaintiff requests this Honorable Court enter an Order granting Plaintiff's Motion in Limine and direct the Defendant to refrain from arguing an "empty chair" position asserting that non parties are at fault and any such further relief as the Court deems appropriate.

## Certificate of Counsel

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movants has conferred with counsel for Defendant in a good faith effort to resolve the issues raised in this motion, but counsel for Defendant has not agreed to the relief sought herein.

CASE NO.: 18-21914-CIV-SCOLA

Respectfully submitted,

DIMOND KAPLAN & ROTHSTEIN, P.A.
*Plaintiff's Co-Counsel*
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida  33133
Telephone: (305) 374-1920
Facsimile: (305) 374-1961
E-Mail: cdrury@dkrpa.com

By: ___s/ Christopher M. Drury___
    Christopher M. Drury
    Fla. Bar No. 796751

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Christopher M. Drury
CHRISTOPHER M. DRURY

CASE NO.: 18-21914-CIV-SCOLA

## **SERVICE LIST**

*MAJOR v. CARNIVAL CORP.*

CASE NO. 18-21914-CIV-SCOLA

| Tonya J. Meister, Esq.<br>Fla. Bar No. 0629243<br>Courthouse Tower – Suite 750<br>44 W. Flagler Street<br>Miami, Florida 33130<br>Telephone: (305) 590-5570<br>*Attorney for Plaintiff* | Curtis J. Mase, Esq.<br>cmase@maselaw.com<br>Victor J. Pelaez, Esq.<br>vpelaez@maselaw.com<br>MASE MEBANE & BRIGGS, P.A.<br>2601 South Bayshore Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0080<br>*Attorneys for Defendant* |
|---|---|