UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21914-CIV-SCOLA

CHARLENE MAJOR,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.

_____/

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE
EVIDENCE, TESTIMONY & ARGUMENT REGARDING
<u>PLAINTIFF'S DRIVING HISTORY</u>**

Plaintiff, by and through her undersigned counsel, hereby moves in limine with regard to any reference, argument, questioning or making comments about Plaintiff's driving history, including, but not limited to, any DUI arrests, dispositions of DUI cases, and alcohol treatment, and in support thereof states as follows:

    1.    Defendant's experts, Dr. Richard Hamilton and Dr. Allen Singer, include in their expert reports references to two DUIs that Plaintiff received many years ago, to wit: "She denies any premorbid alcohol or drug abuse; however, she admits that she was arrested approximately 20 years ago for a DUI and was sent to a mandatory alcohol treatment program; she also states that, approximately 10 years ago, she received another DUI, but relates that that case was thrown out of court." (Compulsory Neuropsychological Evaluation Report of Richard A. Hamilton, Ph.D., Page 2 of 9.)

    2.    Under FRE 403, there is no question that Plaintiff's arrests for DUI "approximately 20 years ago" and "approximately 10 years ago" are irrelevant to the racially motivated assault that Plaintiff suffered as a result of Defendant's negligent security and negligent over-service of

1

alcohol to Timothy Stordahl and Elaine Barrera on May 19 – 20, 2017, aboard the Carnival *Imagination*. Additionally, under FRE 609, evidence of arrests are not admissible for impeachment purposes – only "evidence of a criminal conviction" may be admissible for impeachment purposes; but even for criminal convictions there are additional limitations on their admissibility after 10 years. FRE 609(b). Plaintiff's driving record, including a decade's old DUI arrest and a two decades' old DUI arrest, is not relevant to any material fact in this case. The probative value of Plaintiff's remote DUI arrests is non-existent in this case, and is, without doubt, substantially outweighed by the dangers of unfair prejudice, confusing the issues, misleading the jury, and wasting time.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order precluding Defendant from presenting evidence, eliciting testimony, or making arguments about Plaintiff's driving history, including, but not limited to, any DUI arrests, dispositions of DUI cases, and alcohol treatment.

### Certificate of Counsel

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movants has conferred with counsel for Defendant in a good faith effort to resolve the issues raised in this motion, but counsel for Defendant has not agreed to the relief sought herein.

CASE NO.: 18-21914-CIV-SCOLA

Respectfully submitted,

DIMOND KAPLAN & ROTHSTEIN, P.A.
*Plaintiff's Co-Counsel*
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida  33133
Telephone:     (305) 374-1920
Facsimile:     (305) 374-1961
E-Mail:        cdrury@dkrpa.com

By:     s/ Christopher M. Drury
        Christopher M. Drury
        Fla. Bar No. 796751

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Christopher M. Drury
CHRISTOPHER M. DRURY

CASE NO.: 18-21914-CIV-SCOLA

## **SERVICE LIST**

*MAJOR v. CARNIVAL CORP.*

CASE NO. 18-21914-CIV-SCOLA

| | |
|---|---|
| Tonya J. Meister, Esq.<br>Fla. Bar No. 0629243<br>Courthouse Tower – Suite 750<br>44 W. Flagler Street<br>Miami, Florida 33130<br>Telephone: (305) 590-5570<br>*Attorney for Plaintiff* | Curtis J. Mase, Esq.<br>cmase@maselaw.com<br>Victor J. Pelaez, Esq.<br>vpelaez@maselaw.com<br>MASE MEBANE & BRIGGS, P.A.<br>2601 South Bayshore Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0080<br>*Attorneys for Defendant* |