UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-21914-CIV-SCOLA

CHARLENE MAJOR,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE
EVIDENCE, TESTIMONY & ARGUMENT REGARDING MARIJUANA USE**

    Plaintiff, by and through her undersigned counsel, hereby moves in limine with regard to any reference, argument, questioning or making comments about Plaintiff's alleged marijuana use, and in support thereof states as follows:

    1. Defendant's expert, Dr. Allen Singer, includes in his expert report several references to alleged marijuana use by Plaintiff. But Dr. Singer's report does not include any facts regarding any alleged marijuana use by Plaintiff on the subject cruise. Nor does Dr. Singer opine that any alleged marijuana use by Plaintiff caused or contributed to causing the racially motivated assault that Plaintiff suffered on May 20, 2017, aboard the Carnival *Imagination*. Furthermore, Dr. Singer does not opine that any alleged marijuana use by Plaintiff is the cause or a contributing factor with respect to Plaintiff's injuries sustained as a result of the subject incident.

    2. Under FRE 403, there is no question that Plaintiff's alleged marijuana use prior to and after the subject cruise is irrelevant to the racially motivated assault that Plaintiff suffered as a result of Defendant's negligent security and negligent over-service of alcohol to Timothy Stordahl and Elaine Barrera on May 19 – 20, 2017, aboard the Carnival *Imagination*. Plaintiff's alleged

1

marijuana use is not relevant to any material fact in this case.  The probative value of Plaintiff's alleged marijuana use is non-existent in this case, and is, without doubt, substantially outweighed by the dangers of unfair prejudice, confusing the issues, misleading the jury, and wasting time.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order precluding Defendant from presenting evidence, eliciting testimony, or making arguments about about Plaintiff's alleged marijuana use.

### Certificate of Counsel

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movants has conferred with counsel for Defendant in a good faith effort to resolve the issues raised in this motion, but counsel for Defendant has not agreed to the relief sought herein.

Respectfully submitted,

DIMOND KAPLAN & ROTHSTEIN, P.A.
*Plaintiff's Co-Counsel*
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida  33133
Telephone:     (305) 374-1920
Facsimile:     (305) 374-1961
E-Mail:        cdrury@dkrpa.com

By:    s/ Christopher M. Drury
       Christopher M. Drury
       Fla. Bar No. 796751

CASE NO.: 18-21914-CIV-SCOLA

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Christopher M. Drury
CHRISTOPHER M. DRURY

## SERVICE LIST

*MAJOR v. CARNIVAL CORP.*

CASE NO. 18-21914-CIV-SCOLA

| Tonya J. Meister, Esq. <br> Fla. Bar No. 0629243 <br> Courthouse Tower – Suite 750 <br> 44 W. Flagler Street <br> Miami, Florida 33130 <br> Telephone: (305) 590-5570 <br> *Attorney for Plaintiff* | Curtis J. Mase, Esq. <br> cmase@maselaw.com <br> Victor J. Pelaez, Esq. <br> vpelaez@maselaw.com <br> MASE MEBANE & BRIGGS, P.A. <br> 2601 South Bayshore Drive, Suite 800 <br> Miami, Florida 33133 <br> Telephone: (305) 377-3770 <br> Facsimile: (305) 377-0080 <br> *Attorneys for Defendant* |